**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Ashley II of Charleston, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **56-2307744** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1801 Milford Street**<br>**North Charleston, SC 29405**<br>Number, Street, City, State & ZIP Code | **111 E. Hargett Street, Ste. 300**<br>**Raleigh, NC 27607**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Charleston**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

| Debtor | **Ashley II of Charleston, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

**5259**

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | | _____ | | _____ | | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | **Ashley I, LLC** | | | | Relationship to you | **Affiliate** |
| District | **South Carolina** | When | **2/08/16** | | Case number, if known | |

Debtor   **Ashley II of Charleston, LLC** _____   Case number (*if known*) _____

Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Ashley II of Charleston, LLC**                                    Case number (*if known*) _____
         Name

---

| Request for Relief, Declaration, and Signature |
| --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  8, 2016**
              MM / DD / YYYY

**X** **/s/ Prodel, LLC, Manager, By:  Craig A. Briner**          **Prodel, LLC, Manager, By:  Craig A. Briner**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ G. William McCarthy Jr.**                  Date   **February  8, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**G. William McCarthy Jr.**
Printed name

**McCarthy Law Firm, LLC**
Firm name

**P. O. Box 11332**
**Columbia, SC 29211-1332**
Number, Street, City, State & ZIP Code

Contact phone   **803-771-8836**      Email address   **bmccarthy@mccarthy-lawfirm.com**

**2762**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Ashley II of Charleston, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February  8, 2016**    X **/s/ Prodel, LLC, Manager, By:  Craig A. Briner**
                                             Signature of individual signing on behalf of debtor

                                             **Prodel, LLC, Manager, By:  Craig A. Briner**
                                             Printed name

                                             **Manager**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## United States Bankruptcy Court
### District of South Carolina

In re   **Ashley II of Charleston, LLC**           Case No.

                                     Debtor(s)          Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Prodel, LLC, Manager, By:  Craig A. Briner**, declare under penalty of perjury that I am the **Manager** of  **Ashley II of Charleston, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 8th day of January, 2016 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Prodel, LLC, Manager, By:  Craig A. Briner, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Prodel, LLC, Manager, By:  Craig A. Briner, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Prodel, LLC, Manager, By:  Craig A. Briner, Manager** of this Corporation is authorized and directed to employ **G. William McCarthy Jr. 2762**, attorney and the law firm of **McCarthy Law Firm, LLC** to represent the corporation in such bankruptcy case."

Date   **February  8, 2016**                  Signed   **/s/ Prodel, LLC, Manager, By:  Craig A. Briner**

                                                         **Prodel, LLC, Manager, By:  Craig A. Briner**

Resolution of Board of Directors
of January 8, 2016
**Ashley II of Charleston, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Prodel, LLC, Manager, By:  Craig A. Briner, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Prodel, LLC, Manager, By:  Craig A. Briner, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Prodel, LLC, Manager, By:  Craig A. Briner, Manager** of this Corporation is authorized and directed to employ **G. William McCarthy Jr. 2762**, attorney and the law firm of **McCarthy Law Firm, LLC** to represent the corporation in such bankruptcy case.


Date  ~~February X, 2016~~ January 8, 2016          Signed  _/s/ John A. Mazzarino, for Ashley II of Charleston, LLC_


Date  ~~February X, 2016~~ January 8, 2016          Signed  _/s/ John A. Mazzarino for Cherokee Ashley, LLC_

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ashley II of Charleston, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Magnolia/ARC Lender, LLC c/o Branch Capital Partners, LP 3340 Peachtree Road, Ste. 840 Atlanta, GA 30326** | | **Mortgage on all real estate (see Sch. A/B, Question 55)** | | **$18,638,332.65** | **$8,537,495.00** | **$10,100,837.65** |
| **U.S. Environmental Protection Agency Franklin Hill, Director, Superfund Div. U.S. EPA, Region 4 61 Forsyth Street, SW Atlanta, GA 30303** | | **Junior lien to Mortgage held by Magnolia/ARC Lending on 2133 Milford Ave, Part Parcel I High & Marsh King St. Ext; TMS 466-00-00-018** | **Disputed** | **$3,700,000.00** | **$2,375,210.00** | **$3,700,000.00** |
| **Shipyard Creek Associates, LLC 400 Colony Square, Ste. 1630 Atlanta, GA 30361** | | **Internal Rail Line (Macalloy sale)** | **Subject to Setoff** | | | **$487,500.00** |
| **Commissioner of Public Works 103 St. Philip Street Charleston, SC 29403** | | | | | | **$100,697.27** |
| **Seibels Law Firm, PA 127 King Street, St. 100 Charleston, SC 29401** | | | | | | **$2,536.83** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ashley II of Charleston, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Charleston Recycling & Disposal** 4045 Bridgeview Drive North Charleston, SC 29405 | | | | | | **$898.70** |
| **EnviroSmart** PO Box 20666 Charleston, SC 29413 | | | | | | **$450.00** |
| **SC DHEC** 2600 Bull Street Columbia, SC 29201 | | | | | | **$151.24** |
| **Indemnity Holcombe & Fair** c/o Capers G. Barr, III, Esq. 11 Broad Street Charleston, SC 29401 | | **Purchaser Indemnity 2133 Milford Ave Part Parcel I High & Marsh King St Extension** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Indemnity Allwaste Tank Cleaning, Inc. aka PSC Container Services, Inc.** c/o Richard Farrier, Jr. 134 Meeting Street, Ste. 200 Charleston, SC 29401 | | **Purchaser Indemnity 2166 Milford St Parcel II** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **PCS Nitrogen, Inc.** c/o Wm. Howell Morrison 134 Meeting Street, 3rd Floor Charleston, SC 29401 | | | **Unliquidated Disputed Subject to Setoff** | | | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Ashley II of Charleston, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................    $     **8,537,495.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................    $     **495,493.58**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................    $     **9,032,988.58**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **22,338,332.65**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*...........................................................    $     **121,644.17**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.................................................    +$     **592,234.04**

4. Total liabilities ...............................................................................................................................
   Lines 2 + 3a + 3b     $     **23,052,210.86**

**Fill in this information to identify the case:**

Debtor name   **Ashley II of Charleston, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.. **Bank of America** | **Checking** | 3457 | $7,896.33 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$7,896.33**

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

        **All Risks Limited**
8.1..   **Property insurance on 2212 and 2214 Herlot Street**                              **$1,930.42**

        **BL Harbert International, LLC**
        **PO Box 531390**
        **Birmingham, AL  35253**
8.2..   **Unearned rent (overpaid December rent)**                                         **$725.81**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Ashley II of Charleston, LLC**                                       Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| | |
|---|---|
| 9. **Total of Part 2.** | **$2,656.23** |
| Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

- ■ No. Go to Part 4.
- ☐ Yes Fill in the information below.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

- ☐ No. Go to Part 5.
- ■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: | % of ownership | |
| 15.1.. **Baker Park, LLC** | 1 % | **$0.00** |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

| | |
|---|---|
| 17. **Total of Part 4.** | **$0.00** |
| Add lines 14 through 16. Copy the total to line 83. | |

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No. Go to Part 6.
- ☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No. Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Ashley II of Charleston, LLC**          Case number *(If known)* _____
          Name

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **See Exhibit B-55 attached hereto.** | **Fee simple** | **$0.00** | **Tax Appraisal** | **$8,537,495.00** |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.          **$8,537,495.00**
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Ashley II of Charleston, LLC**                                    Case number *(If known)* _____
            <sub>Name</sub>

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Judgment against PCS Nitrogen, Inc. in the amount of $147,617.02 (plus accrued interest thereon) under the Second Amended Order and Opinion entered on May 27, 2011 and the Second Amended Judgment in a Civil Action entered on May 31, 2011 in Ashley II of Charleston, LLC v. PCS Nitrogen, Inc.; PCS Nitrogen, Inc., Defendant/Third Party Plaintiff v. Ross Development Corporation, et al., C/A No. 2:05-cv-2782-MBS in the United States District Court for the District of South Carolina**                                    **$147,617.02**

| Nature of claim | **Judgment** |
|---|---|
| Amount requested | **$0.00** |

**Robin Hood Container, N/K/A Southeastern Container Express, LLC**                                    **Unknown**

| Nature of claim | **Contribution for Environmental Contamination** |
|---|---|
| Amount requested | **$0.00** |

**J. Henry Fair, Jr.; J. Holcombe Enterprises, LP; and Charles Lane and Edwin Cooper, III, as Personal Representatives of the Estate of James H. Holcombe**                                    **Unknown**

| Nature of claim | **Contribution for Environmental Contamination** |
|---|---|
| Amount requested | **$0.00** |

**PCS Nitrogen, Inc.**                                    **Unknown**

| Nature of claim | **Contribution for Environmental Contamination** |
|---|---|
| Amount requested | **$0.00** |

**Magnolia/ARC; PCS Nitrogen, Inc.; Ross Development Corporation; Robin Hood Container; Holcombe & Fair $337,324 of sale proceeds from unencumbered Baker Park "Donut Hole".**                                    **Unknown**

| Nature of claim | **Declaratory Judgment** |
|---|---|
| Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Ashley II of Charleston, LLC**                                    Case number *(If known)* _____
          Name

**Charleston Container - 1601 Oceanic Avenue, Tract K**
**United Aircraft Services, Inc. - 1599 Oceanic Avenue,**
**Tract L**
**Kenan Transport, LLC - 81 Braswell St, Tract M-1**
**Resco Tower Co. - 61 Braswell St, Tract L-1**
**Allied Terminals, Inc. - Greenleaf St, Tract V11-A**
**Roper Hospital North, Inc. - 2212 Heriot St, Lt 15**
**Boyleston**
**Roper Hospital North, Inc. - 2214 Heriot St, Lt 14**
**Baker Properties - 2216 Heriot St, Lt 13 Boyleston**
**Core Sound Realty, Inc. - Discher St, Southern Cotton**
**Oil**
**Holcombe & Fair - 2133 Milford Ave Part Parcel I High &**
**Marsh King St Extension**
**Van Ness Sign and Leasing Co. - Austin Ave, Tract C**
**John H. Squire - Charleston Neck Milford St, Tract H**
**Paper Stock Dealers, Inc - 20 Braswell St, Charleston**
**Neck, Tract E**
**Robin Moore Robinson(Polo Champ, LLC) - Meeting**
**Street Rd, Tract AB-1**
**Larry D. Lewis - Charleston Neck 3 Braswell St, Tract**
**G-1; 4 Braswell St, Charleston Neck, Tract G-2**
**Foxene Everidge - 24 Braswell St Charleston Neck Tract**
**J**
**Ethel Mae Hart - 2206 Heriot St, Lt 18 Boyleston**
**Frank Fishburne - 1345 Rutledge Ave Lt 1 2 Heriot**
**R. Douglas Oswald - Braswell St, Tract L-2**                                        **Unknown**

| Nature of claim | Seller Indemnity |
|---|---|
| Amount requested | $0.00 |

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Macalloy Rail Line Escrow (First Citizens Bank c/o Young Clement Rivers, LLP) - $532,753.37 (See SOFA 21)** | $0.00 |
| | **Deposit with Clerk of Court for U.S. District Court of South Carolina, C/A No. 2:14-cv-4252-MBS (Proceeds from sale of unencumbered property)** | $337,324.00 |

| 78. | **Total of Part 11.** | | $484,941.02 |
|---|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Ashley II of Charleston, LLC**_____   Case number *(If known)* _____
　　　　　Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,896.33 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,656.23 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................................> | | $8,537,495.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $484,941.02 | |
| 91. **Total.** Add lines 80 through 90 for each column | $495,493.58 | + 91b. $8,537,495.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,032,988.58 |

Ashley II of Charleston, LLC
Parcel Listing

| Charleston County PIN (Parcel ID) | Address | Nature & extent of debtor's interest | Net Book Value (Cost) | Per 2015 Tax Bills | |
|---|---|---|---|---|---|
| | | | | Appraisal | Assessment |
| 464-00-00-025 | 1601 Oceanic Avenue, Tract K | Fee Simple | | $772,339.00 | $46,340.00 |
| 464-00-00-026 | 1599 Oceanic Avenue, Tract L | Fee Simple | | $587,190.00 | $35,230.00 |
| 464-00-00-028 | 81 Braswell St, Tract M-1 | Fee Simple | | $552,000.00 | $33,120.00 |
| 464-00-00-039 | 61 Braswell St, Tract L-1 | Fee Simple | | $101,544.00 | $6,090.00 |
| 464-00-00-040 | Braswell St, Tract L-2 | Fee Simple | | $328,440.00 | $19,710.00 |
| 464-00-00-042 | Greenleaf St, Tract V11-A | Fee Simple | | $167,900.00 | $10,070.00 |
| 464-13-00-008 | 2206 Heriot St, Lt 18 Boyleston | Fee Simple | | $75,325.00 | $4,520.00 |
| 464-13-00-011 | 2212 Heriot St, Lt 15 Boyleston | Fee Simple | | $171,034.00 | $10,260.00 |
| 464-13-00-012 | 2214 Heriot St, Lt 14 | Fee Simple | | $169,979.00 | $10,190.00 |
| 464-13-00-013 | 2216 Heriot St, Lt 13 Boyleston | Fee Simple | | $57,935.00 | $3,480.00 |
| 466-00-00-016 | 1345 Rutledge Ave Lt 1 2 Heriot | Fee Simple | | $20,930.00 | $1,260.00 |
| 466-00-00-017 | Discher St, Southern Cotton Oil | Fee Simple | | $1,117,800.00 | $67,070.00 |
| 466-00-00-018 | Interstate 26 King Street Extension Parcel 2 | Fee Simple | | $0.00 | $0.00 |
| 466-00-00-023 | 2133 Milford Ave Part Parcel I High & Marsh King St Extension | Fee Simple | | $2,375,210.00 | $142,510.00 |
| 466-00-00-032 | Austin Ave, Tract C | Fee Simple | | $351,785.00 | $21,110.00 |
| 466-00-00-033 | Charleston Neck Milford St, Tract H | Fee Simple | | $139,380.00 | $8,360.00 |
| 466-00-00-034 | Charleston Neck 3 Braswell St, Tract G-1 | Fee Simple | | $159,965.00 | $9,600.00 |
| 466-00-00-037 | 20 Braswell St, Charleston Neck, Tract E | Fee Simple | | $256,680.00 | $15,400.00 |
| 466-00-00-044 | 24 Braswell St Charleston Neck Tract J | Fee Simple | | $299,460.00 | $17,970.00 |
| 466-00-00-046 | 4 Braswell St, Charleston Neck, Tract G-2 | Fee Simple | | $320,044.00 | $19,200.00 |
| 466-00-00-051 | Milford Street | Fee Simple | | $0.00 | $0.00 |
| 466-16-00-127 | 2166 Milford St Parcel II | Fee Simple | | $414,000.00 | $24,840.00 |
| | Meeting Street Rd, Tract AB-1 | Fee Simple | | $98,555.00 | $5,910.00 |
| | | | $45,579,456.29 | $8,537,495.00 | $512,240.00 |

EXHIBIT B-55

**Fill in this information to identify the case:**

Debtor name   **Ashley II of Charleston, LLC**

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Magnolia/ARC Lender, LLC** Creditor's Name | Describe debtor's property that is subject to a lien **Mortgage on all real estate (see Sch. A/B, Question 55)** | $18,638,332.65 | $8,537,495.00 |

c/o Branch Capital Partners, LP
3340 Peachtree Road, Ste. 840
Atlanta, GA 30326
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**First Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Magnolia has first position mortgage lien on TMS #466-00-00-018, and EPA has a federal lien -- see 2.2 below for further info.**

| | | | |
|---|---|---|---|
| **2.2** **U.S. Environmental Protection Agency** Creditor's Name | Describe debtor's property that is subject to a lien **Federal lien junior to Mortgage held by Magnolia/ARC Lending on 2133 Milford Ave, Part Parcel I High & Marsh King St. Ext; TMS 466-00-00-018** | $3,700,000.00 | $2,375,210.00 |

Franklin Hill, Director, Superfund Div.
U.S. EPA, Region 4
61 Forsyth Street, SW
Atlanta, GA 30303
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe the lien
**Federal Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Ashley II of Charleston, LLC**

Name

Case number (if know) _____

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

**Magnolia has first position mortgage lien and EPA holds a federal lien**

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $22,338,332.65

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Ashley II of Charleston, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Priority creditor's name and mailing address<br>**Charleston County Treasurer**<br>**PO Box 100242**<br>**Columbia, SC 29202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$121,644.17** | **$121,644.17** |
| Date or dates debt was incurred | Basis for the claim:<br>**See 23 tax bills attached.** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 Nonpriority creditor's name and mailing address<br>**Charleston Recycling & Disposal**<br>**4045 Bridgeview Drive**<br>**North Charleston, SC 29405**<br>Date or dates debt was incurred  **1/01/2013**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: ___<br>Is the claim subject to offset? ☑ No  ☐ Yes | **$898.70** |
| 3.2 Nonpriority creditor's name and mailing address<br>**Commissioner of Public Works**<br>**103 St. Philip Street**<br>**Charleston, SC 29403**<br>Date or dates debt was incurred  **12/19/2008**<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: ___<br>Is the claim subject to offset? ☑ No  ☐ Yes | **$100,697.27** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    44132                    Best Case Bankruptcy

| Debtor | **Ashley II of Charleston, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**EnviroSmart**
**PO Box 20666**
**Charleston, SC 29413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number __2015__

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Indemnity Allied Terminals, Inc.**
**1000 Lansing Street**
**Norfolk, VA 23523**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Purchaser Indemnity__
__Greenleaf St, Tract V11-A__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Indemnity Baker Properties**
**c/o Joseph J. Keenan**
**321 East Bay Street**
**Charleston, SC 29401**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Purchaser Indemnity__
__2216 Heriot St, Lt 13 Boyleston__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Indemnity Charleston Container**
**c/o CT Corporation System**
**75 Beattie Place Two**
**Greenville, SC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Purchaser Indemnity__
__1601 Oceanic Avenue, Tract K__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Indemnity Core Sound Realty, Inc.**
**PO Box 2730**
**Summerville, SC**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Purchaser Indemnity__
__Discher St, Southern Cotton Oil__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Indemnity Ethal Mae Hart**
**2212 Suffolk Street**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Purchaser Indemnity__
__2206 Heriot St, Lt 18 Boyleston__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ashley II of Charleston, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Indemnity Foxene Everidge**
10 Venice Avenue
Hanahan, SC 29410

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   Purchaser Indemnity
24 Braswell St Charleston Neck Tract J

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Indemnity Frank Fishburne**
c/o Peola S. Fishburne
30 Radcliffe Street
Charleston, SC 29401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   Purchaser Indemnity
1345 Rutledge Ave Lt 1 2 Heriot

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Indemnity Holcombe & Fair**
c/o Capers G. Barr, III, Esq.
11 Broad Street
Charleston, SC 29401

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   Purchaser Indemnity
2133 Milford Ave Part Parcel I High & Marsh King St Extension

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Indemnity John H. Squire**
12606 King Arthur Court
Glenn Dale, MD 20769

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   Purchaser Indemnity
Charleston Neck Milford St, Tract H

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Indemnity Kenan Transport, LLC**
c/o CT Corporation System
2 Office Park Court, Ste. 103
Columbia, SC 29223

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   Purchaser Indemnity
81 Braswell St, Tract M-1

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Indemnity Larry D. Lewis**
PO Box 40834
Charleston, SC 29423-0834

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:   Purchaser Indemnity
Charleston Neck 3 Braswell St, Tract G-1
4 Braswell St, Charleston Neck, Tract G-2

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ashley II of Charleston, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Indemnity Paper Stock Dealers, Inc**
**3226 Mid Pine Road**
**Fayetteville, NC 28306**

Date or dates debt was incurred ___

Last 4 digits of account number ___

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Purchaser Indemnity**
**20 Braswell St, Charleston Neck, Tract E**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Indemnity R. Douglas Oswald**
**1340 Ronald Lane**
**Charleston, SC 29412**

Date or dates debt was incurred ___

Last 4 digits of account number ___

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Purchaser Indemnity**
**Braswell St, Tract L-2**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Indemnity Resco Tower Co.**
**c/o Miles F. McSweeney**
**10 Office Park Road**
**Hilton Head Island, SC 29938**

Date or dates debt was incurred ___

Last 4 digits of account number ___

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Purchaser Indemnity**
**61 Braswell St, Tract L-1**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Indemnity Robin Moore Robinson**
**Polo Champ, LLC**
**2347 Sol Legare Road**
**Charleston, SC 29412**

Date or dates debt was incurred ___

Last 4 digits of account number ___

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Purchaser Indemnity**
**Meeting Street Rd, Tract AB-1**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Indemnity Roper Hospital North, Inc.**
**c/o Gregory T. Edwards**
**125 Doughty Street**
**Charleston, SC 29402**

Date or dates debt was incurred ___

Last 4 digits of account number ___

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Purchaser Indemnity**
**2212 Heriot St, Lt 15 Boyleston**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Indemnity Roper Hospital North, Inc.**
**c/o Gregory T. Edwards**
**125 Doughty Street**
**Charleston, SC 29402**

Date or dates debt was incurred ___

Last 4 digits of account number ___

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Purchaser Indemnity**
**2214 Heriot St, Lt 14**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ashley II of Charleston, LLC** | Case number (if known) | |
| | Name | | |

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Indemnity United Aircraft Services, Inc.**<br>**1591 Lilac Avenue**<br>**Bloomington, CA 92316** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date or dates debt was incurred ___ | | |
| Last 4 digits of account number ___ | Basis for the claim:  __Purchase Indemnity__<br>__1599 Oceanic Avenue, Tract L__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Indemnity Van Ness Sign and Leasing Co.**<br>**339 Fleming Road**<br>**Charleston, SC 29412** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date or dates debt was incurred ___ | | |
| Last 4 digits of account number ___ | Basis for the claim:  __Purchaser Indemnity__<br>__Austin Ave, Tract C__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Indenmity Allwaste Tank Cleaning, Inc.**<br>**aka PSC Container Services, Inc.**<br>**c/o Richard Farrier, Jr.**<br>**134 Meeting Street, Ste. 200**<br>**Charleston, SC 29401** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date or dates debt was incurred ___ | | |
| Last 4 digits of account number ___ | Basis for the claim:  __Purchaser Indemnity__<br>__2166 Milford St Parcel II__ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **PCS Nitrogen, Inc.**<br>**c/o Wm. Howell Morrison**<br>**134 Meeting Street, 3rd Floor**<br>**Charleston, SC 29401** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date or dates debt was incurred ___ | | |
| Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | Is the claim subject to offset? ☐ No  ■ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.24 |
|---|---|---|
| **SC DHEC**<br>**2600 Bull Street**<br>**Columbia, SC 29201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred ___ | | |
| Last 4 digits of account number  __5764__ | Basis for the claim: ___ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,536.83 |
|---|---|---|
| **Seibels Law Firm, PA**<br>**127 King Street, St. 100**<br>**Charleston, SC 29401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred  __8/11/2014 and__<br>__8/29/2014__ | | |
| Last 4 digits of account number ___ | Basis for the claim: ___ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487,500.00 |
|---|---|---|
| **Shipyard Creek Associates, LLC**<br>**400 Colony Square, Ste. 1630**<br>**Atlanta, GA 30361** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date or dates debt was incurred  __3/26/2007__ | Basis for the claim:  __Internal Rail Line (Macalloy sale)__ | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☐ No  ■ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ashley II of Charleston, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **G. Trenholm Walker, Esq.** <br> **Pratt-Thomas Walker, PA** <br> **PO Drawer 22247** <br> **Charleston, SC 29413** | Line **3.11** <br><br> ☐ Not listed. Explain ____ | __ |
| 4.2 | **John B. Williams** <br> **Williams Lopatto, LLC** <br> **1776 K. Street, NW, Suite 800** <br> **Washington, DC 20008** | Line **3.24** <br><br> ☐ Not listed. Explain ____ | __ |
| 4.3 | **Sandra Kaczmarczyk** <br> **Alton Associates PLLC** <br> **4443 Alton Place, NW** <br> **Washington, DC 20016** | Line **3.24** <br><br> ☐ Not listed. Explain ____ | __ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 121,644.17 |
| 5b. Total claims from Part 2 | 5b. | + $ | 592,234.04 |
| 5c. Total of Parts 1 and 2 <br>     Lines 5a + 5b = 5c. | 5c. | $ | 713,878.21 |

---

**COMBINED TAXES FOR: CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON**
**REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015**    TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 772,339 | 46,340 | 267.6 | 12,400.58 |
| 7-2 | 630 | 6.00 | | | | | | |

COUNTY SALES TAX CREDIT          -671.94
MUNICIPAL SALES TAX CREDIT       -648.77

BILL NO.#: 5234630
PIN : 4640000025
DESCRIPTION -TRACT K
1601 OCEANIC ST

177124 2 AB 0.413    P:177124 / T:892 / S1:0 / S2:0

ASHLEY II OF CHARLESTON
LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016       $11,079.87**

630
R                                              4640000025

YOU CAN PAY YOUR TAXES ONLINE AT _www.charlestoncounty.org_
IMPORTANT INFORMATION ON BACK OF THIS BILL

**GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS**

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 282.67 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 4,666.44 | SCHOOL BOARD OPERATING | |
| 26.0 | 1,204.84 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 199.26 | PARKS & RECREATION OPERATING | |
| 1.3 | 60.24 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 88.05 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 46.34 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 2,970.38 | CITY OF CHARLESTON | |
| 2.0 | 92.68 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 69.51 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 11,079.87 | TOTAL TAXES | 100.0% |
| | 11,079.87 | **PAY THIS AMOUNT** | |

---

**TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT**

PROPERTY DESCRIPTION      PIN : 4640000025

DESCRIPTION -TRACT K
1601 OCEANIC ST

BILL NO.#: 5234630       TAX BILL DATE: 10-01-2015

FOR PERIOD COMMENCING: 01-01-2015

PAY YOUR TAXES ONLINE AT _www.charlestoncounty.org_

4640000025

**AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
01-18-2016       11,412.27
02-02-2016       12,187.86
**AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
03-17-2016       12,741.85

ADDRESS _____

CHANGE _____

**AMOUNT ▶** | $11,079.87 | R

IF PAYING ON OR BEFORE 01-15-2016    U.S. DOLLARS ONLY

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

20201500000000052346300115201600110798874

**COMBINED TAXES FOR: CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON**
**REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015**    TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 587,190 | 35,230 | 267.6 | 9,427.55 |
| 7-2 | 952 | 7.20 | | | | | | |

COUNTY SALES TAX CREDIT  -510.86
MUNICIPAL SALES TAX CREDIT  -493.24

BILL NO.#: 5234486
PIN : 4640000026
DESCRIPTION -TRACT L
1599 OCEANIC AVE

PAY THIS AMOUNT ON OR BEFORE 01-15-2016    $8,423.45

ASHLEY II OF CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

952
R                                         4640000026

YOU CAN PAY YOUR TAXES ONLINE AT *www.charlestoncounty.org*
IMPORTANT INFORMATION ON BACK OF THIS BILL

### GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 214.90 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 3,547.66 | SCHOOL BOARD OPERATING | |
| 26.0 | 915.98 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 151.49 | PARKS & RECREATION OPERATING | |
| 1.3 | 45.80 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 66.94 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 35.23 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 2,258.22 | CITY OF CHARLESTON | |
| 2.0 | 70.46 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 52.85 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 8,423.45 | TOTAL TAXES | 100.0% |
| | 8,423.45 | **PAY THIS AMOUNT** | |

---

TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

---

PROPERTY DESCRIPTION    PIN : 4640000026
DESCRIPTION -TRACT L
1599 OCEANIC AVE
BILL NO.#: 5234486    TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT *www.charlestoncounty.org*

AMOUNT ▶  $8,423.45    R
U.S. DOLLARS ONLY
IF PAYING ON OR BEFORE 01-15-2016

4640000026

AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)
01-18-2016                8,676.15
02-02-2016                9,265.79
AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)
03-17-2016                9,686.96

ADDRESS _____
CHANGE _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

2020150000000052344860115201600008423451

**COMBINED TAXES FOR: CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON**
Document Page 28 of 88
**REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015**

TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 552,000 | 33,120 | 267.6 | 8,862.91 |
| 7-2 | 952 | 4.00 | | | | | | |

COUNTY SALES TAX CREDIT        -480.24
MUNICIPAL SALES TAX CREDIT     -463.68

BILL NO.#: 5235178
PIN : 4640000028
DESCRIPTION -TRACT M-1
81 BRASWELL ST

ASHLEY II OF CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016**   **$7,918.99**

952
R                                            4640000028

YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

### GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 202.03 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 3,335.18 | SCHOOL BOARD OPERATING | |
| 26.0 | 861.12 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 142.42 | PARKS & RECREATION OPERATING | |
| 1.3 | 43.06 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 62.93 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 33.12 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 2,122.99 | CITY OF CHARLESTON | |
| 2.0 | 66.24 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 49.68 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 7,918.99 | TOTAL TAXES | 100.0% |
| | 7,918.99 | **PAY THIS AMOUNT** | |

- - - - - - - - - - - - - - - - - - - TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT - - - - - - - - - - - - - - - - - - -

PROPERTY DESCRIPTION     PIN : 4640000028                    4640000028

DESCRIPTION -TRACT M-1
81 BRASWELL ST

BILL NO.#: 5235178     TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

**AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
01-18-2016                                    8,156.56
02-02-2016                                    8,710.89
**AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
03-17-2016                                    9,106.84

ADDRESS _____

AMOUNT ▶  $7,918.99   R        CHANGE _____

IF PAYING ON OR BEFORE 01-15-2016   U.S. DOLLARS ONLY

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

20201500000000052351780115201600079189 92

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE

COMBINED TAXES FOR: CHARLESTON COUNTY WIDE ENTITIES AND 7-2 CITY OF CHARLESTON
REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015     TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 101,544 | 6,090 | 267.6 | 1,629.69 |
| 7-2 | 952 | 0.95 | | | | | | |

COUNTY SALES TAX CREDIT     -88.34
MUNICIPAL SALES TAX CREDIT     -85.30

BILL NO.#: 5235174
PIN : 4640000039
DESCRIPTION -TRACT L-1
61 BRASWELL ST

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016     $1,456.05**

952
R                              4640000039
YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

ASHLEY II OF CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

### GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 37.15 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 613.26 | SCHOOL BOARD OPERATING | |
| 26.0 | 158.34 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 26.19 | PARKS & RECREATION OPERATING | |
| 1.3 | 7.92 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 11.57 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 6.09 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 390.33 | CITY OF CHARLESTON | |
| 2.0 | 12.18 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 9.14 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 1,456.05 | TOTAL TAXES | 100.0% |
| | 1,456.05 | **PAY THIS AMOUNT** | |

- - - - - - - - - - - - - - - - - - TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT - - - - - - - - - - - - - - - - - -

PROPERTY DESCRIPTION     PIN : 4640000039

DESCRIPTION -TRACT L-1
61 BRASWELL ST                              4640000039

BILL NO.#: 5235174     TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015

**AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
01-18-2016                    1,499.73
02-02-2016                    1,601.65
**AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
03-17-2016                    1,674.45

PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

ADDRESS _____

CHANGE _____

AMOUNT ▶  | **$1,456.05** |  R
U.S. DOLLARS ONLY

IF PAYING ON OR BEFORE 01-15-2016

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

202015000000000523517401152016000145605 5

## COMBINED TAXES FOR: CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON
### REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015

TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 328,440 | 19,710 | 267.6 | 5,274.40 |
| 7-2 | 952 | 2.38 | | | | | | |

COUNTY SALES TAX CREDIT                    -285.74
MUNICIPAL SALES TAX CREDIT                 -275.89

BILL NO.#: 5234350
PIN : 4640000040
DESCRIPTION -TRACT L-2
BRASWELL ST

P: / T: / S1:0 / S2:0

PAY THIS AMOUNT ON OR BEFORE 01-15-2016     $4,712.77

ASHLEY II OF
CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

952
R                                       4640000040

YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

### GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | | AGENCY CODE | % |
|---|---|---|---|---|
| 6.1 | 120.23 | COUNTY GOVERNMENT BONDS (958-4640) | | 15.2% |
| 100.7 | 1,984.80 | SCHOOL BOARD OPERATING | | |
| 26.0 | 512.46 | SCHOOL BOARD BONDS (566-1829) | | 53.0% |
| 4.3 | 84.75 | PARKS & RECREATION OPERATING | | |
| 1.3 | 25.62 | PARKS & RECREATION BONDS (762-2172) | | 2.3% |
| 1.9 | 37.45 | TRIDENT TECHNICAL COLLEGE OPERATING | | |
| 1.0 | 19.71 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | | 1.2% |
| 78.1 | 1,263.46 | CITY OF CHARLESTON | | |
| 2.0 | 39.42 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | | |
| 1.5 | 29.57 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | | 28.3% |
| 267.6 | 4,712.77 | TOTAL TAXES | | 100.0% |
| | 4,712.77 | **PAY THIS AMOUNT** | | |

------------------------------------------------------------
TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT
------------------------------------------------------------

PROPERTY DESCRIPTION     PIN : 4640000040
DESCRIPTION -TRACT L-2
BRASWELL ST

BILL NO.#: 5234350     TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

4640000040

AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)
01-18-2016          4,854.15
02-02-2016          5,184.04
AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)
03-17-2016          5,419.68

| AMOUNT ▶ | $4,712.77 | R |
|---|---|---|

IF PAYING ON OR BEFORE 01-15-2016     U.S. DOLLARS ONLY

ADDRESS _____
CHANGE  _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

2020150000000005234350011520160004712779

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE FOR PREVIOUS YEARS
COMBINED TAXES FOR: CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON
REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015    TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OTG | 167,900 | 10,070 | 267.6 | 2,694.74 |
| 7-2 | 952 | 1.16 | | | | | | |

COUNTY SALES TAX CREDIT          -146.07
MUNICIPAL SALES TAX CREDIT       -141.04

BILL NO.#: 5299316
PIN : 4640000042
DESCRIPTION -TRACT V11-A
GREENLEAF ST

PAY THIS AMOUNT ON OR BEFORE 01-15-2016          $2,407.63

ASHLEY II OF CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

952
R                                          4640000042
YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 61.43 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 1,014.05 | SCHOOL BOARD OPERATING | |
| 26.0 | 261.82 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 43.30 | PARKS & RECREATION OPERATING | |
| 1.3 | 13.09 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 19.13 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 10.07 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 645.43 | CITY OF CHARLESTON | |
| 2.0 | 20.14 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 15.11 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 2,407.63 | TOTAL TAXES | 100.0% |
| | 2,407.63 | **PAY THIS AMOUNT** | |

- - - - - - - - - - - - - - - - TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT - - - - - - - - - - - - - - - -

PROPERTY DESCRIPTION    PIN : 4640000042
DESCRIPTION -TRACT V11-A
GREENLEAF ST
BILL NO.#: 5299316    TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

4640000042

AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)
01-18-2016                          2,479.86
02-02-2016                          2,648.39
AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)
03-17-2016                          2,768.77

AMOUNT ▶    $2,407.63    R
U.S. DOLLARS ONLY
IF PAYING ON OR BEFORE 01-15-2016

ADDRESS _____
CHANGE _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

202015000000000052993160115201600024076632

COMBINED TAXES FOR: CHARLESTON COUNTY WIDE ENTITIES AND 7-2 CITY OF CHARLESTON
REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015          TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 75,325 | 4,520 | 267.6 | 1,209.55 |
| 7-2 | 905 | 0.35 | | | | | | |

COUNTY SALES TAX CREDIT -65.53
MUNICIPAL SALES TAX CREDIT -63.27

BILL NO.#: 5235136
PIN : 4641300008
DESCRIPTION -LOT B
2206 HERIOT ST

P: / T: / S1:0 / S2:0

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016     $1,080.75**

905
R                                              4641300008
YOU CAN PAY YOUR TAXES ONLINE AT _www.charlestoncounty.org_
IMPORTANT INFORMATION ON BACK OF THIS BILL

ASHLEY II OF CHARLESTON
LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

### GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 27.57 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 455.16 | SCHOOL BOARD OPERATING | |
| 26.0 | 117.52 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 19.44 | PARKS & RECREATION OPERATING | |
| 1.3 | 5.88 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 8.59 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 4.52 | TRIDENT TECHNICAL COLLEGE BONDS (574-8111) | 1.2% |
| 78.1 | 289.74 | CITY OF CHARLESTON | |
| 2.0 | 9.04 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 6.78 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 1,080.75 | TOTAL TAXES | 100.0% |
| | 1,080.75 | **PAY THIS AMOUNT** | |

---

TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

PROPERTY DESCRIPTION          PIN : 4641300008

DESCRIPTION -LOT B
2206 HERIOT ST

BILL NO.#: 5235136     TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT _www.charlestoncounty.org_

AMOUNT ▶  $1,080.75   R
IF PAYING ON OR BEFORE 01-15-2016   U.S. DOLLARS ONLY

4641300008
**AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
01-18-2016                    1,113.17
02-02-2016                    1,188.82
**AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
03-17-2016                    1,242.86

ADDRESS _____
CHANGE  _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

202015000000000523513601152016000108075 3

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE FOR PREVIOUS YEARS 33

**COMBINED TAXES FOR: CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON**
**REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015**
TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 171,034 | 10,260 | 267.6 | 2,745.58 |
| 7-2 | 101 | 0.12 | | | | | | |

COUNTY SALES TAX CREDIT                    -148.80
MUNICIPAL SALES TAX CREDIT                 -143.67

BILL NO.#: 5234881
PIN : 4641300011
DESCRIPTION -LOT 31
2212 HERIOT ST

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016**    **$2,453.11**

101
R                                    4641300011

**ASHLEY II OF CHARLESTON LLC**
**111 E HARGETT ST STE 300**
**RALEIGH NC 27601-1482**

YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

### GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | | AGENCY CODE | % |
|---|---|---|---|---|
| 6.1 | 62.59 | COUNTY GOVERNMENT BONDS (958-4640) | | 15.2% |
| 100.7 | 1,033.18 | SCHOOL BOARD OPERATING | | |
| 26.0 | 266.76 | SCHOOL BOARD BONDS (566-1829) | | 53.0% |
| 4.3 | 44.12 | PARKS & RECREATION OPERATING | | |
| 1.3 | 13.34 | PARKS & RECREATION BONDS (762-2172) | | 2.3% |
| 1.9 | 19.49 | TRIDENT TECHNICAL COLLEGE OPERATING | | |
| 1.0 | 10.26 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | | 1.2% |
| 78.1 | 657.64 | CITY OF CHARLESTON | | |
| 2.0 | 20.52 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | | |
| 1.5 | 15.39 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | | 28.3% |
| 267.6 | 2,453.11 | TOTAL TAXES | | 100.0% |
| | 2,453.11 | **PAY THIS AMOUNT** | | |

-------------------------- TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT --------------------------

PROPERTY DESCRIPTION    PIN : 4641300011                          4641300011

DESCRIPTION -LOT 31
2212 HERIOT ST                        **AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
                                      01-18-2016              2,526.70
BILL NO.#: 5234881    TAX BILL DATE: 10-01-2015    02-02-2016    2,698.42
                                      **AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
FOR PERIOD COMMENCING: 01-01-2015    03-17-2016              2,821.08
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

ADDRESS _____

CHANGE _____

**AMOUNT ▶**    **$2,453.11**    R

IF PAYING ON OR BEFORE 01-15-2016    U.S. DOLLARS ONLY

MAKE PAYMENT TO:

**CHARLESTON COUNTY TREASURER**
**PO BOX 100242**
**COLUMBIA SC 29202-3242**

2020150000000005234881011520160002453119

COMBINED TAXES FOR CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON
REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015

TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 169,979 | 10,190 | 267.6 | 2,726.85 |
| 7-2 | 101 | 0.12 | | | | | | |

COUNTY SALES TAX CREDIT  -147.88
MUNICIPAL SALES TAX CREDIT  -142.78

BILL NO.#: 5235302
PIN : 4641300012
DESCRIPTION -LOT 32
2214 HERIOT ST

P: / T: / S1:0 / S2:0

PAY THIS AMOUNT ON OR BEFORE 01-15-2016  $2,436.19



ASHLEY II OF CHARLESTON
LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

101
R                          4641300012
YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 62.16 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 1,026.13 | SCHOOL BOARD OPERATING | |
| 26.0 | 264.94 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 43.82 | PARKS & RECREATION OPERATING | |
| 1.3 | 13.25 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 19.36 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 10.19 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 653.06 | CITY OF CHARLESTON | |
| 2.0 | 20.38 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 15.29 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 2,436.19 | TOTAL TAXES | 100.0% |
| | 2,436.19 | **PAY THIS AMOUNT** | |

- - - - - - - - - - - - - TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT - - - - - - - - - - - -

PROPERTY DESCRIPTION    PIN : 4641300012
DESCRIPTION -LOT 32
2214 HERIOT ST

BILL NO.#: 5235302    TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

4641300012

AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)
01-18-2016                            2,509.28
02-02-2016                            2,679.81
AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)
03-17-2016                            2,801.62

AMOUNT ▶  $2,436.19   R
IF PAYING ON OR BEFORE 01-15-2016   U.S. DOLLARS ONLY

ADDRESS _____
CHANGE _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

2020150000000005235302011520160002436199

1/29/2016

Case 16-00560-dd   Doc 1   Filed 02/08/16   Entered 02/08/16 09:50:33   Desc Main
Charleston County, South Carolina   Document   Page 35 of 88

# Charleston County, South Carolina

| Property ID (PIN) | Alternate ID (AIN) | Parcel Address | Data refreshed as of | Assess Year | Pay Year |
|---|---|---|---|---|---|
| 4641300013 | | 2216 HERIOT ST, CHARLESTON | 1/16/2016 | 2014 | 2014 |

## Current Parcel Information

| | | | |
|---|---|---|---|
| Owner | ASHLEY II OF CHARLESTON LLC | Property Class Code | 952 - VAC-COMM-LOT |
| Owner Address | 111 EAST RALEIGH ST APT 300 RALEIGH NC 29601 | Acreage | .2600 |

Legal Description    Description -LOT C PlatSuffix T-37 PolTwp 005

## Historic Information

| Tax Year | Land | Improvements | Market | Taxes | Payment |
|---|---|---|---|---|---|
| 2015 | $57,935 | | $57,935 | $832.18 | $832.18 |
| 2014 | $65,500 | | $65,500 | $926.43 | $1,195.39 |
| 2013 | $65,500 | | $65,500 | $928.40 | $928.40 |
| 2012 | $65,500 | | $65,500 | $918.05 | $918.05 |

## Sales Disclosure

| Grantor | Book & Page | Date | Deed | Vacant | Sale Price |
|---|---|---|---|---|---|
| ASHLEY II OF CHARLESTON | O625 072 | 5/15/2007 | G | | $230,000 |
| WRIGHT STERICK | E620 094 | 3/29/2007 | G | | $9 |
| WRIGHT STERRICK JR | E620 099 | 3/29/2007 | G | | $9 |
| WRIGHT STERICK | K190 398 | 1/27/1990 | G | | $29,000 |
| CONVERSION CONVERSION III | F182 411 | 2/28/1989 | G | | $0 |
| NOT SUPPLIED | X170 324 | 12/4/1987 | G | | $0 |

## Improvements

| Building | Type | Use Code Description | Constructed Year | Stories | Bedrooms | Finished Sq. Ft. | Improvement Size |
|---|---|---|---|---|---|---|---|

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE FOR PREVIOUS YEARS

**COMBINED TAXES FOR: CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON**

**REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015**   TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|------|------|--------|----------------|------|--------|--------|--------|--------|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 20,930 | 1,260 | 267.6 | 337.18 |
| 7-2 | 905 | 0.20 | | | | | | |

COUNTY SALES TAX CREDIT     -18.21
MUNICIPAL SALES TAX CREDIT     -17.58

BILL NO.#: 5234516
PIN : 4641300023
DESCRIPTION -LOT A
1345 RUTLEDGE AVE

P: / T: / 81:0 / 82:0

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016**     **$301.39**

905
R                                          4641300023

ASHLEY II OF CHARLESTON
LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

YOU CAN PAY YOUR TAXES ONLINE AT *www.charlestoncounty.org*
IMPORTANT INFORMATION ON BACK OF THIS BILL

GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | | AGENCY CODE | % |
|-------|-------|----------------------------------------|------|-------|
| 6.1 | 7.69 | COUNTY GOVERNMENT BONDS (958-4640) | | 15.2% |
| 100.7 | 126.88 | SCHOOL BOARD OPERATING | | |
| 26.0 | 32.76 | SCHOOL BOARD BONDS (566-1829) | | 53.0% |
| 4.3 | 5.42 | PARKS & RECREATION OPERATING | | |
| 1.3 | 1.64 | PARKS & RECREATION BONDS (762-2172) | | 2.3% |
| 1.9 | 2.39 | TRIDENT TECHNICAL COLLEGE OPERATING | | |
| 1.0 | 1.26 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | | 1.2% |
| 78.1 | 80.83 | CITY OF CHARLESTON | | |
| 2.0 | 2.52 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | | |
| 1.5 | 1.89 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | | 28.3% |
| 267.6 | 301.39 | TOTAL TAXES | | 100.0% |
| | 301.39 | **PAY THIS AMOUNT** | | |

TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

PROPERTY DESCRIPTION     PIN : 4641300023                          4641300023

DESCRIPTION -LOT A
1345 RUTLEDGE AVE

**AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
01-18-2016          310.43
02-02-2016          331.53
**AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
03-17-2016          346.60

BILL NO.#: 5234516     TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT *www.charlestoncounty.org*

ADDRESS _____

CHANGE _____

**AMOUNT ▶**   $301.39   R

IF PAYING ON OR BEFORE 01-15-2016   U.S. DOLLARS ONLY

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

20201500000000052345160115201600003013 97

# Charleston County, South Carolina

generated on 1/29/2016 8:03:06 PM EST

| Property ID (PIN) | Alternate ID (AIN) | Parcel Address | Data refreshed as of | Assess Year | Pay Year |
|---|---|---|---|---|---|
| 4660000017 | | INTERSTATE 26, CHARLESTON | 1/16/2016 | 2014 | 2014 |

## Current Parcel Information

| | | | |
|---|---|---|---|
| Owner | ASHLEY II OF CHARLESTON LLC | Property Class Code | 500 - General Commercial |
| Owner Address | 111 EAST HARGETT ST APT 300 RALEIGH NC 29601 | Acreage | 4.1200 |

Legal Description    Subdivision Name -KING STREET EXTENSION Description -PARCEL 2 Site Name -SANITATION DEPT OFFICES, MAINT.,GARAGES PlatSuffix U-159 PolTwp 005

## Historic Information

| Tax Year | Land | Improvements | Market | Taxes | Payment |
|---|---|---|---|---|---|
| 2015 | | | | $86.00 | $86.00 |
| 2014 | | | | $86.00 | $88.58 |
| 2013 | $812,000 | $600 | $812,600 | $0.00 | $0.00 |
| 2013 | $812,000 | $600 | $812,600 | $86.00 | $86.00 |
| 2012 | $812,000 | $600 | $812,600 | $0.00 | $0.00 |
| 2012 | $812,000 | $600 | $812,600 | $86.00 | $86.00 |

## Sales Disclosure

| Grantor | Book & Page | Date | Deed | Vacant | Sale Price |
|---|---|---|---|---|---|
| CITY COUNCIL OF CHARLESTON ETAL | 0026 075 | 12/22/2008 | G | | $4,355,061 |
| NOT SUPPLIED | M107 073 | 1/1/1975 | G | | $0 |

## Improvements

| Building | Type | Use Code Description | Constructed Year | Stories | Bedrooms | Finished Sq. Ft. | Improvement Size |
|---|---|---|---|---|---|---|---|
| C01 | WHSESTOR | Storage Warehouse | 1995 | 0 | 0 | 12,000 | |
| C02 | WHSESTOR | Storage Warehouse | 1995 | 0 | 0 | 12,000 | |
| C03 | GENOFF | General Office | 1996 | 0 | 0 | 3,200 | |
| C03 | GENOFF | Office | 1996 | 0 | 0 | 3,200 | |
| C02 | OVHDDRM | Overhead Door - Manual | 1995 | 0 | 0 | | 144 |

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE FOR PREVIOUS YEARS

COMBINED TAXES FOR CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON
REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015
TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 1,117,800 | 67,070 | 267.6 | 17,947.94 |
| 7-2 | 952 | 10.30 | | | | | | |

COUNTY SALES TAX CREDIT -972.49
MUNICIPAL SALES TAX CREDIT -938.95

BILL NO.#: 5235111
PIN : 4660000016
DESCRIPTION -SOUTHERN COTTON OIL SITE NAME -OFF
DISCHER ST

P: / T: / S1:0 / S2:0

PAY THIS AMOUNT ON OR BEFORE 01-15-2016    $16,036.50

952
R                                      4660000016
YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

ASHLEY II OF CHARLESTON
LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 409.13 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 6,753.95 | SCHOOL BOARD OPERATING | |
| 26.0 | 1,743.82 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 288.40 | PARKS & RECREATION OPERATING | |
| 1.3 | 87.19 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 127.43 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 67.07 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 4,299.22 | CITY OF CHARLESTON | |
| 2.0 | 134.14 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 100.61 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 16,036.50 | TOTAL TAXES | 100.0% |
| | 16,036.50 | **PAY THIS AMOUNT** | |

- - - - - - - - - - - - - - - - - - TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT - - - - - - - - - - - - - - - - - - -

PROPERTY DESCRIPTION        PIN : 4660000016
DESCRIPTION -SOUTHERN COTTON OIL SITE NAME -OFF
DISCHER ST

BILL NO.#: 5235111        TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

AMOUNT ▶     $16,036.50     R
IF PAYING ON OR BEFORE 01-15-2016   U.S. DOLLARS ONLY

4660000016

AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)
01-18-2016          16,517.59
02-02-2016          17,640.14
AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)
03-17-2016          18,441.96

ADDRESS _____
CHANGE _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

202015000000000052351110115201600016036508

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE FOR PREVIOUS YEARS

**COMBINED TAXES FOR CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON**
**REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015**

TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 2,375,210 | 142,510 | 267.6 | 38,135.68 |
| 7-2 | 952 | 27.61 | | | | | | |

| | |
|---|---|
| COUNTY SALES TAX CREDIT | -2,066.43 |
| MUNICIPAL SALES TAX CREDIT | -1,995.18 |

BILL NO.#: 5235219
PIN : 4660000018
DESCRIPTION -PART PARCEL I HIGH &AMP; MARSH KING ST EXTENS
2133 MILFORD AVE

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016**    **$34,074.07**

ASHLEY II OF CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

952
R                                              4660000018

YOU CAN PAY YOUR TAXES ONLINE AT _www.charlestoncounty.org_
IMPORTANT INFORMATION ON BACK OF THIS BILL

### GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 869.31 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 14,350.76 | SCHOOL BOARD OPERATING | |
| 26.0 | 3,705.26 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 612.79 | PARKS & RECREATION OPERATING | |
| 1.3 | 185.26 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 270.77 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 142.51 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 9,134.85 | CITY OF CHARLESTON | |
| 2.0 | 285.02 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 213.77 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 34,074.07 | TOTAL TAXES | 100.0% |
| | 34,074.07 | **PAY THIS AMOUNT** | |

---

TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

PROPERTY DESCRIPTION     PIN : 4660000018                    4660000018
DESCRIPTION -PART PARCEL I HIGH &AMP; MARSH KING ST EXTENSION SIT
2133 MILFORD AVE

BILL NO.#: 5235219     TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
      PAY YOUR TAXES ONLINE AT _www.charlestoncounty.org_

**AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
01-18-2016                         35,096.29
02-02-2016                         37,481.47
**AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
03-17-2016                         39,185.17

AMOUNT ▶  [ $34,074.07 ]   R

IF PAYING ON OR BEFORE 01-15-2016   U.S. DOLLARS ONLY

ADDRESS _____
CHANGE _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

202015000000000052352190115201600340740797

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE
COMBINED TAXES FOR: CHARLESTON COUNTY WIDE ENTITIES AND 7-2 CITY OF CHARLESTON
REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015

TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | | | | | |
| 7-2 | 952 | 5.87 | | OT6 | 351,785 | 21,110 | 267.6 | 5,649.04 |

BILL NO.#: 5234897
PIN : 4660000023
DESCRIPTION -TRACT C
AUSTIN AVE

COUNTY SALES TAX CREDIT     -306.05
MUNICIPAL SALES TAX CREDIT    -295.50

ASHLEY II OF CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016**    **$5,047.49**

952
R     4660000023

YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY | AGENCY CODE | % |
|---|---|---|---|---|
| 6.1 | 128.77 | COUNTY GOVERNMENT BONDS (958-4640) | | 15.2% |
| 100.7 | 2,125.78 | SCHOOL BOARD OPERATING | | |
| 26.0 | 548.86 | SCHOOL BOARD BONDS (566-1829) | | 53.0% |
| 4.3 | 90.77 | PARKS & RECREATION OPERATING | | |
| 1.3 | 27.44 | PARKS & RECREATION BONDS (762-2172) | | 2.3% |
| 1.9 | 40.11 | TRIDENT TECHNICAL COLLEGE OPERATING | | |
| 1.0 | 21.11 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | | 1.2% |
| 78.1 | 1,353.19 | CITY OF CHARLESTON | | |
| 2.0 | 42.22 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | | |
| 1.5 | 31.67 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | | 28.3% |
| 267.6 | 5,047.49 | TOTAL TAXES | | |
| | 5,047.49 | **PAY THIS AMOUNT** | | 100.0% |

- - - - - - - - - - - - - - - - - - - - - TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT - - - - - - - - - - - - - - - -

PROPERTY DESCRIPTION    PIN : 4660000023
DESCRIPTION -TRACT C
AUSTIN AVE

     4660000023

BILL NO.#: 5234897    TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

**AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
01-18-2016    5,198.91
02-02-2016    5,552.23
**AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
03-17-2016    5,804.60

**AMOUNT ▶**    $5,047.49    R
IF PAYING ON OR BEFORE 01-15-2016    U.S. DOLLARS ONLY

ADDRESS _____
CHANGE _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

20201500000000052348970115201600050474497

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE FOR PREVIOUS YEARS
COMBINED TAXES FOR: CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON
REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015      TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 139,380 | 8,360 | 267.6 | 2,237.14 |
| 7-2 | 952 | 1.01 | | | | | | |

COUNTY SALES TAX CREDIT     -121.26
MUNICIPAL SALES TAX CREDIT    -117.08

BILL NO.#: 5235137
PIN : 4660000032
SUBDIVISON NAME -CHARLESTON NECK DESCRIPTION -TRACT H
MILFORD ST

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016**     **$1,998.80**

ASHLEY II OF CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

952
R        4660000032

YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

### GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 51.00 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 841.85 | SCHOOL BOARD OPERATING | |
| 26.0 | 217.36 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 35.95 | PARKS & RECREATION OPERATING | |
| 1.3 | 10.87 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 15.88 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 8.36 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 535.84 | CITY OF CHARLESTON | |
| 2.0 | 16.72 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 12.54 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 1,998.80 | TOTAL TAXES | 100.0% |
| | 1,998.80 | **PAY THIS AMOUNT** | |

- - - - - - - - - - - - - - - - - - TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT - - - - - - - - - - - - - - - - - -

PROPERTY DESCRIPTION    PIN: 4660000032
SUBDIVISON NAME -CHARLESTON NECK DESCRIPTION -TRACT H
MILFORD ST

BILL NO.#: 5235137     TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

4660000032

AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)
01-18-2016      2,058.76
02-02-2016      2,198.68
AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)
03-17-2016      2,298.62

ADDRESS _____
CHANGE _____

**AMOUNT ▶**   $1,998.80   R

IF PAYING ON OR BEFORE 01-15-2016    U.S. DOLLARS ONLY.

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

202015000000000523513701152016000017988805

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE FOR PREVIOUS YEARS

**COMBINED TAXES FOR: CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON**

**REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015**     TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 159,965 | 9,600 | 267.6 | 2,568.96 |
| 7-2 | 952 | 1.73 | | | | | | |

BILL NO.#: 5235308
PIN : 4660000033
SUBDIVISON NAME -CHARLESTON NECK DESCRIPTION -TRACT G-1
BRASWELL ST

P: / T: / S1:0 / S2:0

| | |
|---|---|
| COUNTY SALES TAX CREDIT | -139.17 |
| MUNICIPAL SALES TAX CREDIT | -134.37 |

ASHLEY II OF
CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016**     $2,295.42

952
R                                   4660000033

YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

### GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 58.56 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 966.72 | SCHOOL BOARD OPERATING | |
| 26.0 | 249.60 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 41.28 | PARKS & RECREATION OPERATING | |
| 1.3 | 12.48 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 18.24 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 9.60 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 615.39 | CITY OF CHARLESTON | |
| 2.0 | 19.20 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 14.40 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 2,295.42 | TOTAL TAXES | 100.0% |
| | 2,295.42 | **PAY THIS AMOUNT** | |

---

TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

PROPERTY DESCRIPTION     PIN : 4660000033
SUBDIVISION NAME -CHARLESTON NECK DESCRIPTION -TRACT G-1
BRASWELL ST

BILL NO.#: 5235308     TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

**AMOUNT ▶**     $2,295.42     R

IF PAYING ON OR BEFORE 01-15-2016     U.S. DOLLARS ONLY

4660000033

AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)
01-18-2016     2,364.28
02-02-2016     2,524.96
AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)
03-17-2016     2,639.73

ADDRESS _____

CHANGE _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

20201500000000005235308011520160002295427

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE FOR PREVIOUS YEARS

**COMBINED TAXES FOR: CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON**
**REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015**

TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 256,680 | 15,400 | 267.6 | 4,121.04 |
| 7-2 | 952 | 1.86 | | | | | | |

COUNTY SALES TAX CREDIT -223.31
MUNICIPAL SALES TAX CREDIT -215.61

BILL NO.#: 5235413
PIN : 4660000034
SUBDIVISON NAME -CHARLESTON NECK DESCRIPTION -TRACT E
20 BRASWELL ST

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016** $3,682.12

952
R

ASHLEY II OF CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

4660000034
YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 93.94 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 1,550.78 | SCHOOL BOARD OPERATING | |
| 26.0 | 400.40 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 66.22 | PARKS & RECREATION OPERATING | |
| 1.3 | 20.02 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 29.26 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 15.40 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 987.13 | CITY OF CHARLESTON | |
| 2.0 | 30.80 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 23.10 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 3,682.12 | TOTAL TAXES | 100.0% |
| | 3,682.12 | **PAY THIS AMOUNT.** | |

--------------------------- TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT ---------------------------

PROPERTY DESCRIPTION   PIN : 4660000034
SUBDIVISON NAME -CHARLESTON NECK DESCRIPTION -TRACT E
20 BRASWELL ST

BILL NO.#: 5235413     TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

AMOUNT ▶  $3,682.12  R

IF PAYING ON OR BEFORE 01-15-2016   U.S. DOLLARS ONLY

4660000034
**AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
01-18-2016        3,792.58
02-02-2016        4,050.33
**AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
03-17-2016        4,234.44

ADDRESS _____
CHANGE _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

202015000000000052354130115201600036821 20

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE FOR PREVIOUS YEARS
COMBINED TAXES FOR CHARLESTON COUNTYWIDE ENTITIES AND 7-2 CITY OF CHARLESTON
REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015     TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 299,460 | 17,970 | 267.6 | 4,808.78 |
| 7-2 | 952 | 2.17 | | | | | | |

COUNTY SALES TAX CREDIT                    -260.53
MUNICIPAL SALES TAX CREDIT                 -251.55

BILL NO.#: 5234826
PIN : 4660000037
SUBDIVISON NAME -CHARLESTON NECK DESCRIPTION -TRACT J
24 BRASWELL ST

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016**      $4,296.70

952
R                                              4660000037
YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

ASHLEY II OF CHARLESTON LLC
111 E HARGETT ST
RALEIGH NC 27601-1481

GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 109.62 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 1,809.58 | SCHOOL BOARD OPERATING | |
| 26.0 | 467.22 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 77.27 | PARKS & RECREATION OPERATING | |
| 1.3 | 23.38 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 34.14 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 17.97 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 1,151.91 | CITY OF CHARLESTON | |
| 2.0 | 35.94 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 26.96 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 4,296.70 | TOTAL TAXES | 100.0% |
| | 4,296.70 | **PAY THIS AMOUNT** | |

---

TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT

PROPERTY DESCRIPTION      PIN : 4660000037
SUBDIVISON NAME -CHARLESTON NECK DESCRIPTION -TRACT J
24 BRASWELL ST                                          4660000037

BILL NO.#: 5234826      TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)
01-18-2016                    4,425.60
02-02-2016                    4,726.87
AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)
03-17-2016                    4,941.21

AMOUNT ▶   $4,296.70   R

IF PAYING ON OR BEFORE 01-15-2016   U.S. DOLLARS ONLY.

ADDRESS _____
CHANGE _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

2020150000000005234826011520160004296709

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE FOR PREVIOUS YEARS

**COMBINED TAXES FOR: CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON**
**REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015**

TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 320,044 | 19,200 | 267.6 | 5,137.92 |
| 7-2 | 500 | 0.64 | | | | | | |

COUNTY SALES TAX CREDIT -278.44
MUNICIPAL SALES TAX CREDIT -268.84

BILL NO.#: 5234466
PIN : 4660000044
SUBDIVISON NAME -CHARLESTON NECK DESCRIPTION -TRACT G-2
4 BRASWELL ST

177125 2 AB 0.413    P:177125 / T:692 / S1:0 / S2:0

ASHLEY II OF
CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016**    **$4,590.64**

500
R                                                4660000044
YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

### GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 117.12 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 1,933.44 | SCHOOL BOARD OPERATING | |
| 26.0 | 499.20 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 82.56 | PARKS & RECREATION OPERATING | |
| 1.3 | 24.96 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 36.48 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 19.20 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 1,230.68 | CITY OF CHARLESTON | |
| 2.0 | 38.40 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 28.80 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 4,590.64 | TOTAL TAXES | 100.0% |
| | 4,590.64 | **PAY THIS AMOUNT** | |

- - - - - - - - - - - TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT - - - - - - - - - - -

PROPERTY DESCRIPTION    PIN : 4660000044
SUBDIVISON NAME -CHARLESTON NECK DESCRIPTION -TRACT G-2
4 BRASWELL ST

BILL NO.#: 5234466    TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

4660000044

**AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
01-18-2016                     4,728.36
02-02-2016                     5,049.70
**AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
03-17-2016                     5,279.23

ADDRESS _____

CHANGE _____

**AMOUNT ▶** | $4,590.64 | R

IF PAYING ON OR BEFORE 01-15-2016    U.S. DOLLARS ONLY

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

20201500000000052344660115201600045906 45

# Charleston County, South Carolina

generated on 1/29/2016 8:08:35 PM EST

| Property ID (PIN) | Alternate ID (AIN) | Parcel Address | Data refreshed as of | Assess Year | Pay Year |
|---|---|---|---|---|---|
| 4660000046 | | MILFORD ST, CHARLESTON | 1/16/2016 | 2014 | 2014 |

## Current Parcel Information

| | | | |
|---|---|---|---|
| Owner | ASHLEY II OF CHARLESTON LLC | Property Class Code | 500 - General Commercial |
| Owner Address | 111 EAST GARGETT ST APT 300 RALEIGH NC 29601 | Acreage | 12.2300 |
| Legal Description | [not supplied] PlatSuffix XXX-UNREC B PolTwp 005 | | |

## Historic Information

| Tax Year | Land | Improvements | Market | Taxes | Payment |
|---|---|---|---|---|---|
| 2013 | $1,708,001 | $1,118,000 | $2,826,001 | $0.00 | $0.00 |
| 2012 | $1,708,001 | $1,118,000 | $2,826,001 | $0.00 | $0.00 |

## Sales Disclosure

| Grantor | Book & Page | Date | Deed | Vacant | Sale Price |
|---|---|---|---|---|---|
| CITY OF CHARLESTON | 0026 075 | 12/22/2008 | G | | $4,355,061 |
| COMMISSIONERS OF PUBLIC WORKS | X362 721 | 1/25/2001 | G | | $900,000 |
| NOT SUPPLIED | Y140 032 | 10/25/1984 | G | | $0 |

## Improvements

| Building | Type | Use Code Description | Constructed Year | Stories | Bedrooms | Finished Sq. Ft. | Improvement Size |
|---|---|---|---|---|---|---|---|
| C01 | SERVGAR | Service Garage | 2000 | 0 | 0 | 22,620 | |
| C01 | OVHDDRM | Overhead Door - Manual | 2000 | 0 | 0 | | 144 |
| C01 | DETLIVE | Detached Living Area | 1998 | 0 | 0 | | 1,440 |
| C01 | DETLIVE | Detached Living Area | 1998 | 0 | 0 | | 1,440 |
| C01 | DETLIVE | Detached Living Area | 1998 | 0 | 0 | | 1,782 |
| C01 | DETLIVE | Detached Living Area | 1998 | 0 | 0 | | 960 |

THIS TAX BILL DOES NOT REFLECT ANY TAXES YOU MIGHT OWE FOR PREVIOUS YEARS

**COMBINED TAXES FOR CHARLESTON COUNTY-WIDE ENTITIES AND 7-2 CITY OF CHARLESTON**
**REAL PROPERTY TAXES FOR PERIOD COMMENCING:** 01-01-2015    TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 414,000 | 24,840 | 267.6 | 6,647.18 |
| 7-2 | 952 | 3.00 | | | | | | |

COUNTY SALES TAX CREDIT     -360.18
MUNICIPAL SALES TAX CREDIT     -347.76

BILL NO.#: 5235388
PIN : 4660000051
DESCRIPTION -PARCEL II
2166 MILFORD ST

| PAY THIS AMOUNT ON OR BEFORE 01-15-2016 | $5,939.24 |
|---|---|

ASHLEY II OF CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

952
R                                         4660000051
YOU CAN PAY YOUR TAXES ONLINE AT www.charlestoncounty.org
IMPORTANT INFORMATION ON BACK OF THIS BILL

### GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | AGENCY CODE | % |
|---|---|---|---|
| 6.1 | 151.52 | COUNTY GOVERNMENT BONDS (958-4640) | 15.2% |
| 100.7 | 2,501.39 | SCHOOL BOARD OPERATING | |
| 26.0 | 645.84 | SCHOOL BOARD BONDS (566-1829) | 53.0% |
| 4.3 | 106.81 | PARKS & RECREATION OPERATING | |
| 1.3 | 32.29 | PARKS & RECREATION BONDS (762-2172) | 2.3% |
| 1.9 | 47.20 | TRIDENT TECHNICAL COLLEGE OPERATING | |
| 1.0 | 24.84 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | 1.2% |
| 78.1 | 1,592.24 | CITY OF CHARLESTON | |
| 2.0 | 49.68 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | |
| 1.5 | 37.26 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | 28.3% |
| 267.6 | 5,939.24 | TOTAL TAXES | 100.0% |
| | 5,939.24 | **PAY THIS AMOUNT** | |

- - - - - - - - - - TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT - - - - - - - - - -

PROPERTY DESCRIPTION     PIN : 4660000051

DESCRIPTION -PARCEL II
2166 MILFORD ST

BILL NO.#: 5235388     TAX BILL DATE: 10-01-2015
FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT www.charlestoncounty.org

4660000051

**AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
01-18-2016          6,117.42
02-02-2016          6,533.17
**AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
03-17-2016          6,830.13

ADDRESS _____
CHANGE _____

| AMOUNT ▶ | $5,939.24 | R |
|---|---|---|

IF PAYING ON OR BEFORE 01-15-2016   U.S. DOLLARS ONLY

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

2020150000000005235880115201600059392446

**COMBINED TAXES FOR: CHARLESTON COUNTY WIDE ENTITIES AND 7-2 CITY OF CHARLESTON**
**REAL PROPERTY TAXES FOR PERIOD COMMENCING: 01-01-2015**    TAX BILL DATE: 10-01-2015

| PROPERTY DESCRIPTION | | | | ASSESSMENT RATIO | APPRAISAL | ASSESSMENT | MILLAGE | TOTAL TAX |
|---|---|---|---|---|---|---|---|---|
| DIST | TYPE | ACRES | MORTGAGE CODE/ID | OT6 | 98,555 | 5,910 | 267.6 | 1,581.52 |
| 7-2 | 952 | 0.22 | | | | | | |

COUNTY SALES TAX CREDIT                          -85.74
MUNICIPAL SALES TAX CREDIT                       -82.79

BILL NO.#: 5236689
PIN : 4661600127
DESCRIPTION -TRACT AB-1 SITE NAME -SUNCOAST
MEETING STREET RD

P: / T: / S1:0 / S2:0

**PAY THIS AMOUNT ON OR BEFORE 01-15-2016**    **$1,412.99**

ASHLEY II OF
CHARLESTON LLC
111 E HARGETT ST STE 300
RALEIGH NC 27601-1482

952
R                                4661600127

YOU CAN PAY YOUR TAXES ONLINE AT *www.charlestoncounty.org*
IMPORTANT INFORMATION ON BACK OF THIS BILL

## GOVERNMENT AGENCIES RESPONSIBLE FOR MILLAGE & TAX DOLLARS

| MILLS | TAXES | | AGENCY CODE | % |
|---|---|---|---|---|
| 6.1 | 36.05 | COUNTY GOVERNMENT BONDS (958-4640) | | 15.2% |
| 100.7 | 595.14 | SCHOOL BOARD OPERATING | | |
| 26.0 | 153.66 | SCHOOL BOARD BONDS (566-1829) | | 53.0% |
| 4.3 | 25.41 | PARKS & RECREATION OPERATING | | |
| 1.3 | 7.68 | PARKS & RECREATION BONDS (762-2172) | | 2.3% |
| 1.9 | 11.23 | TRIDENT TECHNICAL COLLEGE OPERATING | | |
| 1.0 | 5.91 | TRIDENT TECHNICAL COLLEGE BONDS (574-6111) | | 1.2% |
| 78.1 | 378.78 | CITY OF CHARLESTON | | |
| 2.0 | 11.82 | CITY OF CHARLESTON DRAINAGE IMP (579-7529) | | |
| 1.5 | 8.87 | CITY OF CHARLESTON PUBLIC SAFTEY INFRASTRUCTURE | | 28.3% |
| 267.6 | 1,412.99 | TOTAL TAXES | | 100.0% |
| | 1,412.99 | **PAY THIS AMOUNT** | | |

- - - - - - - - - - - - - - - - - - - - - - TEAR AT PERFORATION AND RETURN BOTTOM PORTION WITH PAYMENT - - - - - - - - - - - - - - - - - - - - - -

PROPERTY DESCRIPTION      PIN : 4661600127
DESCRIPTION -TRACT AB-1 SITE NAME -SUNCOAST
MEETING STREET RD

BILL NO.#: 5236689      TAX BILL DATE: 10-01-2015

FOR PERIOD COMMENCING: 01-01-2015
PAY YOUR TAXES ONLINE AT *www.charlestoncounty.org*

4661600127

**AMOUNT DUE ON OR AFTER (PAYMENT TO COUNTY TREASURER)**
01-18-2016                          1,455.39
02-02-2016                          1,554.29
**AMOUNT DUE ON OR AFTER (PAYMENT TO DELINQUENT TAX)**
03-17-2016                          1,624.94

| AMOUNT ▶ | $1,412.99 | R |
|---|---|---|

IF PAYING ON OR BEFORE 01-15-2016    U.S. DOLLARS ONLY

ADDRESS _____

CHANGE _____

MAKE PAYMENT TO:

CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202-3242

20201500000000005236689011520160001412991

**Fill in this information to identify the case:**

Debtor name **Ashley II of Charleston, LLC**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Cooperation Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Ashley River Investors, LLC**<br>**180 Westvaco Road**<br>**Summerville, SC 29483** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Lessee (small house)**<br>**$2,500/monthly**<br>**Lease beinning date:**<br>**12/14/2015** | |
| State the term remaining | |
| List the contract number of any government contract | **B. L. Harbert International, LLC**<br>**1797 King Street Extension**<br>**North Charleston, SC 29405** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Lease Agreement on two parcels of property:  TMS 466-00-00-017; TMS 466-00-00-046 Charleston County, SC $1 per year/year-to-year** | |
| State the term remaining | |
| List the contract number of any government contract | **City of Charleston**<br>**116 Meeting Street**<br>**Charleston, SC 29401** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **Lessee (small house)**<br>**$700/monthly**<br>**Month-to-month lease.** | |
| State the term remaining | |
| List the contract number of any government contract | **Joseph C. Tecklenburg**<br>**2212 Heriot Street**<br>**Charleston, SC** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1  **Ashley II of Charleston, LLC**
        First Name        Middle Name        Last Name

Case number *(if known)*

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.**
State what the contract or lease is for and the nature of the debtor's interest

**Support Agreement**

State the term remaining

List the contract number of any government contract

**Magnolia/ARC Lender, LLC
c/o Branch Capital Partners, LP
3340 Peachtree Road, Ste. 840
Atlanta, GA 30326**

**2.6.**
State what the contract or lease is for and the nature of the debtor's interest

**Cooperation Agreement**

State the term remaining

List the contract number of any government contract

**Magnolia/ARC Lender, LLC
c/o Branch Capital Partners, LP
3340 Peachtree Road, Ste. 840
Atlanta, GA 30326**

**2.7.**
State what the contract or lease is for and the nature of the debtor's interest

**Lessee (small house)
$700/monthly
Month-to-month lease**

State the term remaining

List the contract number of any government contract

**O'Neal Compton
2214 Heriot Street
Charleston, SC 29405**

**2.8.**
State what the contract or lease is for and the nature of the debtor's interest

**Management Agreement**

State the term remaining

List the contract number of any government contract

**Prodel, LLC
9804 Koupela Drive
Raleigh, NC 27614**

**2.9.**
State what the contract or lease is for and the nature of the debtor's interest

**Consent Agreement
"Beazer Site",
Charleston County,
Charleston, SC**

State the term remaining

List the contract number of any government contract

**SC DHEC
2600 Bull Street
Columbia, SC 29201**

**Fill in this information to identify the case:**

Debtor name        **Ashley II of Charleston, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Allwaste Tank Cleaning, Inc.** | c/o Richard Farrier, Jr. 134 Meeting Street, Ste. 200 Charleston, SC 29401 | **U.S. Environmental Protection Agency** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Ashley I, LLC** | 111 E. Hargett Street, Ste. 300 Raleigh, NC 27601 | **Magnolia/ARC Lender, LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Holcombe & Fair** | c/o Capers G. Barr, III, Esq. 11 Broad Street Charleston, SC 29401 | **PCS Nitrogen, Inc.** | ☐ D _____ ■ E/F __3.24__ ☐ G _____ |
| 2.4 **PCS Nitrogen, Inc.** | c/o Wm. Howell Morrison 134 Meeting Street, 3rd Floor Charleston, SC 29401 | **U.S. Environmental Protection Agency** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Ashley II of Charleston, LLC** | Case number *(if known)* | |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |

| 2.5 | **PCS Nitrogen, Inc.** | c/o Wm. Howell Morrison 134 Meeting Street, 3rd Floor Charleston, SC 29401 | **Indemnity Holcombe & Fair** | ☐ D _____ ■ E/F   **3.11** ☐ G _____ |
| 2.6 | **Robin Hood Container** | 2176 Milford Street North Charleston, SC 29405 | **U.S. Environmental Protection Agency** | ■ D   **2.2** ☐ E/F _____ ☐ G _____ |
| 2.7 | **Robin Hood Container** | 2176 Milford Street North Charleston, SC 29405 | **PCS Nitrogen, Inc.** | ☐ D _____ ■ E/F   **3.24** ☐ G _____ |
| 2.8 | **Robin Hood Container** | 2176 Milford Street North Charleston, SC 29405 | **Indemnity Holcombe & Fair** | ☐ D _____ ■ E/F   **3.11** ☐ G _____ |
| 2.9 | **Ross Development Corporation** | 18 Broad Street 608 Peoples Bldg Charleston, SC | **U.S. Environmental Protection Agency** | ■ D   **2.2** ☐ E/F _____ ☐ G _____ |
| 2.10 | **Ross Development Corporation** | 18 Broad Street 608 Peoples Bldg Charleston, SC | **PCS Nitrogen, Inc.** | ☐ D _____ ■ E/F   **3.24** ☐ G _____ |
| 2.11 | **Ross Development Corporation** | 18 Broad Street 608 Peoples Bldg Charleston, SC | **Indemnity Holcombe & Fair** | ☐ D _____ ■ E/F   **3.11** ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Ashley II of Charleston, LLC**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2016** to **Filing Date** | ☐ Operating a business ■ Other **Rental Income** | **$7,100.00** |
| **For prior year:** From **1/01/2015** to **12/31/2015** | ☐ Operating a business ■ Other **Rental Income** | **$14,563.93** |
| **For year before that:** From **1/01/2014** to **12/31/2014** | ☐ Operating a business ■ Other **Sale of real estate** | **$6,000,000.00** |
| **For year before that:** From **1/01/2014** to **12/31/2014** | ☐ Operating a business ■ Other **Rental Income** | **$50,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Ashley II of Charleston, LLC**                                Case number *(if known)*_____

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Exhibit SOFA 3 attached hereto.** | **See exhibit attached** | **$260,275.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **PCS v. Ross Development Corporation, Ashley II of Charleston, LLC, Allwaste Tank Cleaning N/K/A Quala Services, LLC and Robin Hood Container N/K/A Southeastern Container Express, LLC**<br>**C/A No. 2-14-4252-MBS** | **Contribution Action** | **US District Court for SC Charleston Division**<br>**85 Broad Street**<br>**Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Ashley II of Charleston, LLC
Payments to creditors in last 90 days

| Date | Vendor Name | Address | Amount | Reason for payment |
|---|---|---|---|---|
| 11/9/2015 | Cherokee Investment Partners | 111 E Hargett St, Ste 300, Raleigh, NC 27601 | $24.18 | Suppliers or vendors |
| 11/9/2015 | EnviroSmart | PO Box 20666, Charleston, SC 29413 | $450.00 | Suppliers or vendors |
| 11/9/2015 | Coastal Green Landscapes, LLC | 69 Cypress Street, Charleston, SC 29403 | $160.00 | Suppliers or vendors |
| 11/13/2015 | Paracorp Inc. | PO Box 160568, Sacramento, CA 95816 | $100.00 | Services |
| 11/13/2015 | Landscape Pavers, LLC | PO Box 31832, Charleston, SC 29417 | $10,000.00 | Suppliers or vendors |
| 12/4/2015 | Schell Bray PLLC | P.O. Box 21847, Greensboro, NC 27420 | $125.00 | Services |
| 12/11/2015 | EnviroSmart | PO Box 20666, Charleston, SC 29413 | $450.00 | Suppliers or vendors |
| 12/11/2015 | Coastal Green Landscapes, LLC | 69 Cypress Street, Charleston, SC 29403 | $235.00 | Suppliers or vendors |
| 12/22/2015 | Young Clement Rivers, LLP | PO Box 993, Charleston, SC 29402 | $55.00 | Services |
| 12/22/2015 | Wills Massalon & Allen LLC | PO Box 859, Charleston, SC 29402 | $404.57 | Services |
| 1/11/2016 | Ouzts, Ouzts & Company | 1220 Pickens Street, Columbia, SC 29224 | $25,000.00 | Services |
| 1/11/2016 | McCarthy Law Firm, LLC | 1517 Laurel Street, Columbia, SC 29201 | $50,000.00 | Services |
| 1/18/2016 | Wills Massalon & Allen LLC | PO Box 859, Charleston, SC 29402 | $36,534.51 | Services |
| 1/19/2016 | Schell Bray PLLC | P.O. Box 21847, Greensboro, NC 27420 | $2,600.00 | Services |
| 1/19/2016 | Young Clement Rivers, LLP | PO Box 993, Charleston, SC 29402 | $55.00 | Services |
| 1/19/2016 | EnviroSmart | PO Box 20666, Charleston, SC 29413 | $450.00 | Suppliers or vendors |
| 1/19/2016 | Coastal Green Landscapes, LLC | 69 Cypress Street, Charleston, SC 29403 | $160.00 | Suppliers or vendors |
| 1/19/2016 | Landscape Pavers, LLC | PO Box 31832, Charleston, SC 29417 | $33,258.00 | Suppliers or vendors |
| 1/26/2016 | Cherokee Investment Partners | 111 E Hargett St, Ste 300, Raleigh, NC 27601 | $9.12 | Suppliers or vendors |
| 1/26/2016 | Cherokee Investment Services Inc | 111 E Hargett St, Ste 300, Raleigh, NC 27601 | $7,133.77 | Services |
| 2/3/2016 | McCarthy Law Firm, LLC | 1517 Laurel Street, Columbia, SC 29201 | $92,621.28 | Services |
| 2/3/2016 | EnviroSmart | PO Box 20666, Charleston, SC 29413 | $450.00 | Suppliers or vendors |

$260,275.43

EXHIBIT SOFA 3

Debtor    **Ashley II of Charleston, LLC**                                            Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. | **J. Henry Fair, Jr., J. Holcombe Enterprises, LP; and Charles Lane and Edwin Cooper, III, as Personal Representatives of the Estate of James H. Holcombe v. Ross Development Corporation, Ashley II of Charleston, LLC, Allwaste Tank Cleaning n/k/a Quala Services, LLC, and Robin Hood Container Express n/k/a Southeastern Container Express, LLC<br>C/A No. 2:15-cv-3688-MBS** | **Contribution Action** | **US District Court for SC Charleston Division 85 Broad Street Charleston, SC 29401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **J. Henry Fair, Jr.; J. Holcombe Enterprises, LP; and Charles Lane and Edwin Cooper, III, as Personal Representatives of the Estate of James H. Holcombe v. Ashley II of Charleston, LLC, Magnolia/Arc L.P., Magnolia/ARC Lender, LLC, Ashley River Investors, LLC, and John Doe<br>C/A No. 2011-CP-10-2220** | **Contribution Action Dismissed 10/23/2015** | **SC Court of Common Pleas for Charleston 100 Broad Street, Ste 106 Charleston, SC 29401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Ashley II of Charleston, LLC vs. PCS Nitrogen, Inc. vs. Ross Development Corporation; J. Holcombe Enterprises, LP, James H. Holcombe, J. Henry Fair, Jr., Allwaste Tank Cleaning, Inc. nka PSC Container Services, LLC, Robin Hood Container Express, Inc., City of Charleston, South Carolina<br>C/A No. 2:05-cv-2782-MBS** | **Environmental Liability** | **US District Court for SC Charleston Division 85 Broad Street Charleston, SC 29401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

---

Debtor    **Ashley II of Charleston, LLC**                                    Case number *(if known)* _____

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McCarthy Law Firm, LLC<br>1517 Laurel Street<br>Columbia, SC 29201** | | **January 11, 2016 - $33,333.33<br>February 3, 2016 - $61,747.52** | **$95,080.85** |
| | **Email or website address<br>www.mccarthy-lawfirm.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Marty P. Ouzts, CPA<br>Ouzts, Ouzts & Varn<br>PO Box 25448<br>Columbia, SC 29224** | | **January 11, 2016** | **$16,666.66** |
| | **Email or website address<br>www.oovcpa.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Debtor | **Ashley II of Charleston, LLC** | Case number *(if known)* |
|---|---|---|

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Ashley II of Charleston, LLC**                                    Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Shipyard Creek Associates, LLC**<br>**400 Colony Square, Ste. 1630**<br>**Atlanta, GA 30361** | **First Citizens Bank**<br>**by Young Clement**<br>**Rivers, LLP, Trustee**<br>**PO Box 993**<br>**Charleston, SC 29402** | **Escrow Account** | **$532,753.37** |

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐    No.
■    Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **In re:  The Columbia Nitrogen Site** | **US Env Protection Agency, Region 4** | **Proceeding under Sec. 106(a)**<br>**of the Comprehensive**<br>**Environmental Response,**<br>**Compensation and Liability**<br>**Act, of 1980, as amended, 42**<br>**U.S.C. Sec. 9606(a)** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Ashley II of Charleston, LLC**                                      Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **PCS v. Ross Development Corporation, Ashley II of Charleston, LLC, Allwaster Tank Cleaning NKA Allwaste Tank Cleaning NKA Quala Services, LLC and Robin Hood Container NKA Southeastern Container Express, LLC C/A No. 2-14-4252-MBS** | **US District Court for SC Charleston Division 85 Broad Street Charleston, SC 29401** | **Contribution Action** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **J. Henry Fair, Jr., J. Holcombe Enterprises, LP; and Charles Lane and Edwin Cooper, III, as Personal Representatives of the Estate of James H. Holcombe vs. Ross Development Corporation, Ashley II of Charleston, LLC, Allwaste Tank Cleaning nka Quala Services, LLC, and Robin Hood Container Express, nka Southeastern Container Express, LLC C/A No.  2-14-4252-MBS** | **US District Court for SC Charleston Division 85 Broad Street Charleston, SC 29401** | **Contribution Action** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐  No.
■  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **2133 Milford Avenue Part Parcel 1 High and Marsh King Street Ext.** | **US District Court District of SC Charleston Division** | **42 USC Sec. 9607** | **7/23/2015** |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐  No.
■  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **See Exhibit SOFA 24 attached hereto.** | | | |

<span style="background:black;color:white">**Part 13:**</span>    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

ASHLEY II OF CHARLESTON, LLC

January 21, 2016

Ms. Angela Gorman, Hydrogeologist
Division of Site Assessment and Remediation
Bureau of Land and Waste Management
South Carolina Department of Health and Environmental Control
2600 Bull Street
Columbia, South Carolina 29201-1708

Subject:    Voluntary Cleanup Program
            Ashley II of Charleston, LLC
            Second/Third Quarter 2015 Progress Report
            July through December 2015
            Charleston, South Carolina

Dear Ms. Gorman:

The South Carolina Department of Health and Environmental Control (DHEC) and Ashley II of Charleston, LLC (Ashley II) currently have 7 active Voluntary Cleanup Contract (VCC) agreements. Table 1, attached, provides a summary of these active Ashley II VCCs. A summary of site work and reporting activities completed since the July 2015 progress report is provided on the attached sheets on an individual site basis.

Ashley II continues to monitor and maintain VCC agreement properties in Charleston with support of local consultants Envirosmart (general property inspection/maintenance), and GEL Engineering, LLC (former Koppers site monitoring).

Ashley II appreciates DHEC's continued support of the brownfield redevelopment activities in Charleston, South Carolina. It is my understanding that Ashley II remains in compliance with the terms and conditions outlined in the VCC agreements. If you have any questions or comments concerning the reported activities, please call me at 617-957-2734.

Sincerely,

*Scott R. Freeman*

Scott R. Freeman
Environmental Manager for Ashley II of Charleston, LLC

Attachments

EXHIBIT SOFA 24

**Table 1**
Summary of DHEC Voluntary Cleanup Contracts with Ashley II of Charleston, LLC
Magnolia Site and Ashley II Outliers

| Site No. | Site Name and Location | Charleston County Tax Map Parcel(s) | VCC No. | VCC Execution Date | Next "Two Year" Reporting Requirement Deadline | Site Size |
|---|---|---|---|---|---|---|
| 1 | **Core Sound Realty Site** Discher Street Charleston, South Carolina | 466-00-00-016 | 03-5515-NRP | 6/23/2003 | 6/23/2012 | 10.04 acres of highland |
| 4 | **Ashepoo Phosphate/Fertilizer Works** (Charleston Container) 1601 Oceanic Street Charleston, South Carolina | 464-00-00-025 | 03-5290-NRP | 7/28/2003 | 6/23/2012 | 6 acres of highland |
| 5 | **Oceanic Street Site** (POV Site) Charleston, South Carolina | 464-00-00-026 | 05-5639-NRP | 2/24/2006 | 6/23/2012 | 7.2 acres of highland |
| 6 | **City of Charleston Public Works** | 466-00-00-017, -046 | 08-5794-NRP | 2/23/2009 | 6/23/2012 | 16.37 acres of highland |
| 7 | **Resco Tower Site** | 464-00-00-039 | 06-5688-NRP | 5/3/2007 | 6/23/2012 | 0.95 acres of highland |
| 8 | **Oswald Site** | 464-00-00-040 | 07-5695-NRP | 5/3/2007 | 6/23/2012 | 2.381 acres of highland |
| 9 | **Kenan Site** | 464-00-00-028 | 08-5764-NRP | 5/21/2008 | 6/23/2012 | 4.0 acres of highland |

a  VCC site is not located within the boundaries of the Magnolia property, but will be reported with the Magnolia VCCs.

## Charleston Container VCC Activities (VCC 03-5290-NRP)

### Activities Conducted Since July 30, 2015 (Date of 2015 2nd Quarter Report)

Ongoing      No Activity by Ashley II, monitoring by Phillips 66 (Conoco).

### Activities Conducted Prior to July 30, 2015 (Date of 2015 2nd Quarter Report)

| | |
|---|---|
| 07/28/03 | VCC Execution Date (VCC 03-5290-NRP). |
| 03/18/05 | Draft Baseline Investigation Workplan submitted to DHEC. |
| 05/24/05 | DHEC review comments for the Baseline Investigation Workplan were issued. |
| 05/27/05 | Final Baseline Investigation Workplan submitted to DHEC. |
| 06/02/05 | DHEC approved Baseline Investigation Workplan. |
| 06/02/05 | Baseline Investigation field activities initiated. |
| 06/14/05 | Baseline Investigation field activities completed. |
| 09/20/05 | Re-sampled surface soils at 4 locations because holding time issues. |
| 02/01/06 | Baseline Investigation Report submitted to DHEC (Cover letter presented a case for no soil corrective actions at this site. Cover letter also proposes an additional round of groundwater sampling to verify groundwater results). |
| 03/31/06 | Comments to BIR issued by DHEC. |
| 06/21/06 | Submitted Corrective Action Plan (CAP) to DHEC. |
| 07/14/06 | DHEC approved CAP. |
| 07/26/06 | Groundwater monitoring wells MW-1 through MW-4 sampled at the site for VOCs, SVOCs, thallium, arsenic, lead, and antimony (Round 1 of 3). |
| 08/16/06 | Corrective actions for slag removal initiated. |
| 08/22/06 | 19 Excavation Confirmatory and 3 Worst Case Scenario soil samples collected from slag removal excavations. |
| 09/01/06 | Submitted Groundwater Monitoring Report to DHEC. |
| 09/28/06 | Stockpiled soil profile samples collected (23 samples) and test pits completed. |
| 10/09/06 | Profile samples provided to EMES for soil disposal. |
| 10/11/06 | Concrete slab at site removed by EMES. |

## Charleston Container VCC Activities (Continued)

| | |
|---|---|
| 10/16/06 | Soil samples collected from 6 test pits for arsenic and lead. Six confirmatory samples collected from excavation around SS-18. Clean fill delivered to the site and stockpiled soil transported off site by EMES. |
| 10/16/06 | Stockpiled soil disposed off-site (through 10/20/06). |
| 11/03/06 | IDW collected and disposed by EMES. |
| 11/30/06 | Additional slag removal excavation confirmatory soil samples |
| 01/10/07 | collected. Surveyed excavation limits with GPS. Three concrete samples collected from broken concrete slabs and submitted for TCLP Metal, TCL VOC, and SVOC analyses. |
| 01/23/07 | Additional concrete removed from ground and stockpiled on site. |
| 01/25/07 | Two additional concrete samples collected for TCLP Metal and TCL SVOC analyses. |
| 01/30/07 | Groundwater monitoring wells CC-MW-1, CC-MW-3, and CC-MW-4 sampled. Groundwater samples submitted for VOC, SVOC, thallium, arsenic, lead, and antimony analyses. MW-2 could not be sampled because broken concrete piles covered the well (Round 2 of 3). |
| 03/09/07 | Additional Groundwater Monitoring Report submitted to DHEC. |
| 07/31/07 | Groundwater Monitoring Wells sampled by GEL (Round 3 of 3). |
| 08/03/07 | Interim Soil Corrective Action Completion Report submitted to DHEC. |
| 09/07/07 | DHEC review comments issued for soil Interim Corrective Action Completion Report. |
| 09/14/07 | ENTACT began placing orange demarcation layer (orange fencing material) in bottom of southern excavation. The material was overlapped a minimum of 6″ and fastened together using nylon zip ties. |
| 09/15/07 | ENTACT placed crushed concrete in bottom of southern excavation. |
| 09/17/07 | ENTACT placed clean backfill into the remainder of the southern excavation. |
| 09/18/07 | ENTACT completed backfill and grading activities for the southern excavation. |
| 10/19/07 | Additional Groundwater Monitoring Report submitted to DHEC (Round 3 of 3). |
| 10/23/07 | IDW collected and disposed by EMES. |
| 11/16/07 | ERM collected three additional soil characterization samples near northern excavation sample location CC-SR-01P. |
| 11/20/07 | Final IDW Report submitted to DHEC. |
| 11/29/07 | DHEC issued approval via email to backfill northern excavation, based on analytical results. |

## Charleston Container VCC Activities (Continued)

| | |
|---|---|
| 12/07/07 | ENTACT completed backfill and grading activities for the northern excavation. |
| 12/10/07 | GEL completed as-built survey of the site. |
| 12/19/07 | DHEC review letter issued for groundwater monitoring activities. |
| 12/31/07 | ERM submitted report documenting the source removal excavation characterization and backfilling. |
| 01/02/08 | GEL sampled 5 groundwater monitoring wells for arsenic only. |
| 01/25/08 | GEL submitted groundwater report to DHEC for the 01/02/08 |
| 01/12/09 | sampling. Requested no further groundwater monitoring. DHEC approves slag removal and backfill report dated 12/31/07. |
| 01/12/09 | DHEC approves termination of groundwater monitoring program. |
| 05/12/09 | Well abandonment letter submitted to DHEC by EnviroSmart. |
| 10/28/09 | Conoco mobilized to begin slag removal activities on the Ashepoo CERCLA site. |
| 11/2009 – 7/2010 | Conoco completed slag removal activities within several grid areas within the Ashepoo CERCLA site limits, including locations within the Resco Tower and Oswald VCC sites per their approved work plan. |
| 4/11/2011 | Conoco's contractor URS hydroseeded portions of the Ashepoo site as part of site restoration for the recent removal action. |
| June 2011 | Conoco's contractor URS submitted RA Completion Report and other documents for the Ashepoo Site Removal Action. |
| Sept/Oct 2014 | SCEG installed a new utility pole for relocated transmission lines on the site, at a location within the paved area surrounding the former GESEACO building, and close to Oceanic Street. The construction disturbed a minor amount of surface and subsurface soils at this location. The Charleston Container Site BIR did not identify the presence of slag materials at this location. |

# Core Sound VCC Activities (03-5515-NRP)

## Activities Conducted Since July 30, 2015 (Date of 2015 2nd Quarter Report)

| | |
|---|---|
| July 2015 - ongoing | S&ME, Inc. made site visits, and began planning and site evaluation under a new VCC process initiated in July 2015 by a prospective purchaser. |
| Q3/Q4 2015 | Envirosmart noted evidence of trespassing and small piles of soil/rock dumped by trespassers. Visual inspection was made, and the need for further assessment will be evaluated, and additional signage will be added. The site entrance chain/lock had been broken, as had occurred in the past also. |

## Activities Conducted Prior to July 30, 2015 (Date of 2015 2nd Quarter Report)

| | |
|---|---|
| 06/23/03 | VCC Execution Date (VCC 03-5515-NRP). |
| 07/30/04 | Draft Baseline Investigation Workplan submitted to DHEC. |
| 12/16/04 | DHEC issued review comments for the Baseline Investigation Workplan. |
| 03/18/05 | Revised Baseline Investigation Workplan submitted to DHEC. |
| 06/07/05 | DHEC issued review comments for the Baseline Investigation Workplan. |
| 08/25/05 | GEL met with DHEC to discuss revisions to the Baseline Investigation Workplan. |
| 08/29/05 | Final Baseline Investigation Workplan submitted to DHEC. |
| 09/01/05 | DHEC approved Baseline Investigation Workplan. |
| 09/07/05 | Baseline Investigation field activities initiated. |
| 09/14/05 | Baseline Investigation field activities completed. |
| 01/20/06 | Baseline Investigation Report submitted to DHEC (Cover letter presented a case for sediment removal from catch basin and outfall from catch basin to obtain average concentrations meeting RPRGs). Proposed one additional round of groundwater sampling. |
| 03/21/06 | DHEC issued comments to BIR. |
| 04/24/06 | GEL performed additional groundwater sampling. |
| 05/30/06 | CAP and Additional Site Characterization Plan submitted to DHEC. |
| 06/05/06 | Additional Groundwater Monitoring Report submitted to DHEC. |
| 07/14/06 | DHEC issued CAP approval. |
| 07/17/06 | Land-farmed soil characterization samples collected. |
| 09/05/06 | Corrective action activities at "catch basin" outfall and UST pits completed. |
| 09/06/06 | UST pits backfilled with land-farmed soil and 4 truckloads of off-site clean fill. |
| 09/08/06 | UST pits backfilled with land-farmed soil and 6 truckloads of off-site |

clean fill.

11/03/06    IDW collected and disposed by EMES.


# Core Sound VCC Activities (Continued)


01/03/07    Groundwater sampling performed at each of the eight site monitoring wells. Groundwater samples submitted for antimony and arsenic analyses.

01/15/07    EMES transported stockpiled soil from catch basin outfall for off-site disposal and backfilled excavation.

02/08/07    Final Concrete Evaluation Report completed.

02/13/07    Corrective Action Completion Report submitted to DHEC. Included Concrete Evaluation Report.

02/21/07    Additional Groundwater Monitoring Report submitted to DHEC.

07/23/07    DHEC issued review comments to Soil CACR and GW Report.

09/24/07    Groundwater monitoring event conducted (8 wells for antimony, arsenic, and VOCs).

10/23/07    IDW collected and disposed by EMES.

10/24/07    Additional Groundwater Monitoring Report submitted to DHEC.

11/20/07    Final IDW Report submitted to DHEC.

12/19/07    DHEC issued approval to end groundwater monitoring program. Wells will be abandoned once DHEC UST evaluations are completed.

02/08/08    DHEC UST Division issued letter of no further action for former USTs.

03/11/08    DHEC UST Division abandoned all UST and VCC wells on site.

04/17/08    Ashley II submitted monitoring well abandonment report for all site wells to DHEC.

05/13/08    Site-Wide Corrective Action Plan submitted to DHEC for approval.

07/08/08    DHEC issued conditional approval of Site-Wide Corrective Action Plan (with modifications) and a draft Declaration of Covenants and Restrictions for Ashley II review.

Oct 2014    Envirosmart, under contract with Ashley II, completed clearing of the former Core Sound property, including substantial tree and brush removal which resulted from several years of growth. The clearing was from interior open areas of the property only, and did not include clearing of areas towards the Ashley River, or along property/fence lines.

# POV VCC Activities (05-5639-NRP)

## Activities Conducted Since July 30, 2015 (Date of 2015 2nd Quarter Report)

Ongoing    No Activity by Ashley II, monitoring by Phillips 66 (Conoco).

## Activities Conducted Prior to July 30, 2015 (Date of 2015 2nd Quarter Report)

| | |
|---|---|
| 02/17/06 | VCC signage posted. |
| 02/24/06 | VCC 05-5639-NRP executed between DHEC and Ashley II. |
| 03/31/06 | Baseline Investigation Workplan submitted to DHEC. |
| 07/07/06 | DHEC approved Baseline Investigation Workplan. |
| 07/28/06 | Initiated Baseline Investigations. |
| 08/04/06 | Baseline Field Investigations completed. |
| 11/03/06 | IDW collected and disposed by EMES. |
| 01/25/07 | Baseline Investigation Report submitted to DHEC. |
| 02/16/07 | Groundwater monitoring wells sampled for arsenic and thallium. SVOC analyses were also performed on groundwater from MW-01. |
| 03/16/07 | Additional Groundwater Monitoring Report submitted to DHEC. |
| 04/10/07 | Final IDW Report submitted to DHEC. |
| 07/27/07 | DHEC issued comments to the Baseline Investigation Report. |
| 08/17/07 | GEL sampled wells for arsenic, lead, and thallium. SVOC analyses were also performed on groundwater from MW-01. |
| 09/26/07 | Additional Groundwater Monitoring Report submitted to DHEC by GEL. |
| 10/23/07 | IDW collected and disposed by EMES. |
| 11/20/07 | Final IDW Report submitted to DHEC. |
| 02/04/08 | Groundwater monitoring wells sampled for arsenic and thallium. SVOC analyses were also performed on groundwater for MW-01. |
| 03/13/08 | Additional Groundwater Monitoring Report submitted to DHEC. |
| 09/16/08 | Additional Groundwater Monitoring Report submitted to DHEC by GEL. |
| 9/16/08 | Additional Groundwater Monitoring Report submitted to DHEC. |
| 1/5/09 | DHEC Groundwater Monitoring Report submitted to DHEC. |
| 5/12/09 | Well abandonment letter submitted to DHEC by EnviroSmart. |

## POV VCC Activities (05-5639-NRP) (continued)

| | |
|---|---|
| 10/28/09 | Conoco mobilized to begin slag removal activities on the Ashepoo CERCLA site. |
| 11/2009 – 7/2010 | Conoco completed slag removal activities within several grid areas within the Ashepoo CERCLA site limits, including locations within the POV VCC site per their approved work plan. |
| 4/11/2011 | Conoco's contractor URS hydroseeded portions of the Ashepoo site as part of site restoration for the recent removal action. |
| June 2011 | Conoco's contractor URS submitted RA Completion Report and other documents for the Ashepoo Site Removal Action. |
| Sept/Oct 2014 | SCEG installed a new utility pole for relocated transmission lines on the site, at a location within the paved area, and close to Oceanic Street. The construction disturbed a minor amount of surface and subsurface soils at this location. The Coresound Site BIR did not identify contaminant impacts to surface or subsurface soils at this location, and the location is well away from the Conoco remediation areas for the Ashepoo Fertilizer site. |

# *Resco Tower and Oswald VCC Activities (06-5688-NRP and 07-5695-NRP)

## Activities Conducted Since July 30, 2015 (Date of 2015 2nd Quarter Report)

Ongoing    No Activity by Ashley II, monitoring by Phillips 66 (Conoco).

## Activities Conducted Prior to July 30, 2015 (Date of 2015 2nd Quarter Report)

| | |
|---|---|
| 03/14/07 | Baseline Investigation Workplan and Health and Safety Plan submitted to DHEC. |
| 04/30/07 | DHEC issued conditional approval of Baseline Investigation Workplan. |
| 05/03/07 | Final VCC executed for Resco Tower and Oswald Sites. |
| 06/18/07 | Baseline investigations initiated by GEL |
| 06/26/07 | Baseline investigations completed by GEL |
| 07/23/07 | Former transformer house asbestos assessment completed by GEL. |
| 08/07/07 | PCB swab samples collected from former transformer house. |
| 08/13/07 | EMES initiated transformer house demolition activities. |
| 09/24/07 | Baseline Investigation Report submitted to DHEC by GEL. |
| 10/05/07 | EMES completed transportation and disposal of transformer house demolition waste. |
| 10/23/07 | IDW collected and disposed by EMES. |
| 11/20/07 | Final IDW Report submitted to DHEC. |
| 11/27/07 | Concrete Demolition and Disposal Report for former transformer house completed by GEL. |
| 12/11/07 | ERM submitted PCB Soil Characterization Plan to DHEC. |
| 12/27/07 | DHEC issued approval of PCB Soil Characterization Plan. |
| 01/11/08 | ERM completed soil PCB characterization field activities. |
| 03/14/08 | ERM submitted PCB Soil Characterization Report and Corrective Action Plan to DHEC. |
| 04/10/08 | DHEC issued conditional approval of PCB Soil Characterization Report and Corrective Action Plan with request for confirmation sampling and plan revision submittal. |
| 04/10/08 | DHEC issued comments concerning the Baseline Investigation Report. |
| 04/17/08 | ERM submitted Revised Soil PCB Corrective Action Plan to DHEC. |
| 04/25/08 | DHEC issued approval of Revised Soil PCB Corrective Action Plan. |
| 05/01/08 | Additional round of groundwater monitoring performed by GEL. |
| 05/06/08 | PCB impacted soil removal activities performed by EMES. Soil excavation confirmation samples collected by ERM. |

## Resco Tower and Oswald VCC Activities (Continued)

| | |
|---|---|
| 05/14/08 | Request to modify groundwater monitoring from semi-annual to quarterly frequency submitted to DHEC by ERM. |
| 05/30/08 | Groundwater Monitoring Report detailing the results of the May 1, 2008 sampling submitted to DHEC by GEL. |
| 06/05/08 | Additional PCB impacted soil removal activities performed by EMES. Additional soil excavation confirmation samples collected by ERM. |
| 06/06/08 | Post-corrective action site survey performed by GEL. |
| 06/26/08 | Demarcation layers installed and PCB impacted soil excavations backfilled by EMES. |
| 07/11/08 | PCB Soil Corrective Action Completion Report submitted to DHEC by ERM. |
| 09/22/08 | Groundwater Monitoring Report detailing the results of the August 18, 2008 sampling submitted to DHEC by GEL. |
| 12/10/08 | GEL submits additional groundwater monitoring results to DHEC. |
| 1/5/09 | DHEC issues letter terminating VCC groundwater program. |
| 1/12/09 | DHEC approves PCB CACR submitted by ERM on July 11, 2008. |
| 5/12/09 | Well abandonment letter submitted to DHEC by EnviroSmart. |
| 10/28/09 | Conoco mobilized to begin slag removal activities on the Ashepoo CERCLA site. |
| 11/2009 – 7/2010 | Conoco completed slag removal activities within several grid areas within the Ashepoo CERCLA site limits, including locations within the Resco Tower and Oswald VCC sites per their approved work plan. |
| 4/11/11 | Conoco's contractor URS hydroseeded portions of the Ashepoo site as part of site restoration for the recent removal action. |
| June 2011 | Conoco's contractor URS submitted RA Completion Report and other documents for the Ashepoo Site Removal Action. |

*Per discussions with DHEC, the Resco Tower and Oswald Sites were handled under one Baseline Investigation since these adjacent sites were expected to have similar environmental issues.

## <u>Kenan VCC Activities (08-5764-NRP)</u>

**Activities Conducted Since July 30, 2015 (Date of 2015 2nd Quarter Report)**

**Ongoing**    **No Activity by Ashley II, monitoring by Phillips 66 (Conoco).**

July 2015    S&ME, Inc. made site visits, and began planning and site evaluation under a new VCC process initiated in July 2015 by a prospective purchaser.

**Activities Conducted Prior to July 30, 2015 (Date of 2015 2nd Quarter Report)**

| | |
|---|---|
| 08/09/07 | Preliminary Evaluation Report submitted to DHEC. |
| 04/01/08 | Phase I ESA completed and submitted to DHEC. |
| 07/07/08 | Ashley II purchased property. |
| 07/09/08 | Baseline Investigation Workplan and Health and Safety Plan submitted to DHEC for approval. |
| 07/15/08 | VCC 05-5639-NRP executed between DHEC and Ashley II. |
| 07/25/08 | DHEC approved the Baseline Investigation Workplan. |
| 10/03/08 | Documentation of VCC sign installation submitted to DHEC by Magnolia Development. |
| 2/12/09 | GEL and NuWay Corporation remove UST from site and collect soil/water samples. |
| 3/30/09 | GEL submits UST Closure Report to DHEC. |
| 4/3/09 | DHEC UST Division issues No Further Action letter for UST closure. |
| 10/28/09 | Conoco mobilized to begin slag removal activities on the Ashepoo CERCLA site. |
| 11/2009 – 7/2010 | Conoco completed slag removal activities within several grid areas within the Ashepoo CERCLA site limits, including locations within the Kenan property per their approved work plan. |
| 4/11/2011 | Conoco's contractor URS hydroseeded portions of the Ashepoo site as part of site restoration for the recent removal action. |
| June 2011 | Conoco's contractor URS submitted RA Completion Report and other documents for the Ashepoo Site Removal Action. |

## City of Charleston Public Works VCC Activities (08-5794-NRP)
**Activities Conducted Since July 30, 2015 (Date of 2015 2nd Quarter Report)**

Ongoing    Ongoing monitoring of tenant operations (CPW and Charleston Fire Department) by Ashley II.

**Activities Conducted Prior to July 30, 2015 (Date of 2015 2nd Quarter Report)**

| | |
|---|---|
| 03/27/08 | Information and Certification Letter sent to DHEC by Hagood & Kerr. |
| 11/25/08 | Phase I ESA completed by GEL and hand-delivered to DHEC by Magnolia. |
| 12/19/08 | VCC 08-5794 signed by Ashley II and mailed to DHEC. |
| 02/20/09 | DHEC UST Program issues Conditional letter of No Further Action for UST release at 2150 Milford Street (Permit #01497). |
| 02/23/09 | Documentation of VCC sign installation submitted to DHEC by Magnolia Development. |
| 02/26/09 | DHEC issues fully executed VCC with cover letter requesting Workplan. |
| 03/11/09 | DHEC UST Program issues groundwater sampling directive in support of monitored natural attenuation for 1950 Milford Street (Permit # 01581; CA #35309). |
| 03/26/09 | GEL submits VCC Baseline Investigation Workplan and Health & Safety Plan to DHEC. |
| 4/29/09 | DHEC issues approval of Baseline Investigation Workplan with request to include additional biased sampling. |
| 8/28/09 | GEL submits Revised VCC Baseline Investigation Workplan and Health & Safety Plan to DHEC. |
| 10/15/09 | DHEC issued approval for installation of 6 permanent groundwater monitoring wells. |
| 10/15/09 | DHEC issued approval of Revised Baseline Investigation Work Plan dated Oct. 6, 2009 |
| 3/23/10 | GEL submitted Baseline Investigation Report to DHEC. |
| 4/15/10 | DHEC issued review comments on Baseline Investigation Report. |
| 5/5/10 | Ashley II submitted partial response to DHEC Baseline Investigation Report review comments. |
| 7/1/2010 | Ashley II submits additional response letter to DHEC Baseline Investigation Report review comments. |
| 8/18/10 | Ashley II notified DHEC of City's intent to install new underground gas line to serve fire training facility. |
| 9/1/10 | DHEC issued letter accepting Ashley II's 7/1/10 responses to DHEC comments on the Baseline Investigation Report. |
| Feb 2012 | Ashley II provided a copy of the VCC to City of Charleston |

representatives, and offered support in verifying continuing
obligations for ongoing site use.

### City of Charleston Public Works VCC Activities (continued)

July 2012
: Ashley II Environmental Manager provided support to S&ME, as
consultant to the City of Charleston, in reviewing site soil and
groundwater data and developing specifications for soil and
groundwater management for a planned construction project by the
City of Charleston DPW on the property (involving a relatively small
disturbance of soil and possible dewatering), including providing a
copy of the draft Magnolia Environmental Management Plan, and
recommending notifying DHEC brownfields project manager of the
planned construction work and providing a copy of the soil and
groundwater management plans or specifications for this construction
project, and a report documenting the work completed.

Aug Sep 2012
: S&ME conducted soil sampling at the location of the proposed canopy
foundation by CPW, and notified DHEC of the sampling and proposed
construction activity.

9/16/2012
: No Further Action status obtained for the second of the two UST sites
at the CPW site/property. S&ME has been working on this closure,
including a round of groundwater sampling in July 2012, under the
State LUST program funding.

Dec 2012
: S&ME transmitted soil sampling results to DHEC with a
recommendation that the soil from the excavations be re-used on the
property/site due to the relatively low impacts exhibited by the soil
samples. DHEC concurred with the re-use option.

Sept/Oct 2014
: SCEG installed a new utility pole for relocated transmission lines on
the site, at a location within a paved area used for vehicle parking,
close to Highway 26. The construction disturbed a minor amount of
surface and subsurface soils at this location. A soil sample collected
during the BIR exhibited concentrations of Benzo(a)Pyrene and
Benzo(b) Flouranthene, exceeding residential, but less than industrial
Preliminary Remediation Goal (PRG) levels. Impacts for other
constituents addressed in the BIR did not exceed PRGs at this location.

Timeline Updated 1/21/2016 by Scott Freeman

Debtor    **Ashley II of Charleston, LLC**                                    Case number *(if known)* _____

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Cherokee Investment Services, Inc.**<br>**111 E. Hargett Street, Ste. 300**<br>**Raleigh, NC 27601** | **10/2007 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Cherokee Investment Services, Inc.**<br>**111 E. Hargett Street, Ste. 300**<br>**Raleigh, NC 27601** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Prodel, LLC** | **9804 Koupela Drive**<br>**Raleigh, NC 27614** | **Manager** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cherokee Ashley, LLC** | **111 E. Hargett Street, Ste. 300**<br>**Raleigh, NC 27601** | **Managing Member** | **100%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Ashley II of Charleston, LLC**                                    Case number *(if known)* _____

loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  8, 2016**
_____

**/s/ Prodel, LLC, Manager, By:  Craig A. Briner**                 **Prodel, LLC, Manager, By:  Craig A. Briner**
_____                              _____
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Manager**
                                      _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re **Ashley II of Charleston, LLC**

Case No. _____

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **95,080.85** |
| Prior to the filing of this statement I have received | $ | **95,080.85** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Above is retainer only.  Fees billed hourly as outlined in Application to Employ to be filed at a future date.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **None.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  8, 2016**
_Date_

**/s/ G. William McCarthy Jr.**
**G. William McCarthy Jr. 2762**
_Signature of Attorney_
**McCarthy Law Firm, LLC**
**P. O. Box 11332**
**Columbia, SC 29211-1332**
**803-771-8836  Fax: 803-753-6960**
**bmccarthy@mccarthy-lawfirm.com**
_Name of law firm_

---

# United States Bankruptcy Court
## District of South Carolina

In re    **Ashley II of Charleston, LLC**                                     Case No. _____
                                                     Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Cherokee Ashley, LLC**<br>**111 E. Hargett Street, Ste. 300**<br>**Raleigh, NC 27601** | **CIA** | **NA** | **LLC Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February  8, 2016**                        Signature    **/s/ Prodel, LLC, Manager, By:  Craig A. Briner**
                                                             **Prodel, LLC, Manager, By:  Craig A. Briner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of South Carolina

In re  **Ashley II of Charleston, LLC**

Debtor(s)

Case No.

Chapter  **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $      46,800.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---|
| 2. Gross Monthly Income | $      3,900.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $      0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 10,700.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 100.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 300.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 2,300.00 |
| 18. Insurance | 400.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **R&M** | **2,300.00** |
| **Tax Preparation Fee** | **500.00** |

| | |
|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $      16,600.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $      -12,700.00 |

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re    **Ashley II of Charleston, LLC**                                              Case No.
                                                    Debtor(s)            Chapter    **11**

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

(a)    _____ computer diskette

(b)    _____ scannable hard copy
(number of sheets submitted _____)

(c)    __X__ electronic version filed via CM/ECF

Date:    **February  8, 2016**                    **/s/ Prodel, LLC, Manager, By:  Craig A. Briner**
                                                **Prodel, LLC, Manager, By:  Craig A. Briner**/Manager
                                                Signer/Title

Date:    **February  8, 2016**                    **/s/ G. William McCarthy Jr.**
                                                Signature of Attorney
                                                **G. William McCarthy Jr. 2762**
                                                **McCarthy Law Firm, LLC**
                                                **P. O. Box 11332**
                                                **Columbia, SC 29211-1332**
                                                **803-771-8836   Fax: 803-753-6960**
                                                Typed/Printed Name/Address/Telephone

                                                **2762**
                                                District Court I.D. Number

ALLWASTE TANK CLEANING, INC.
C/O RICHARD FARRIER, JR.
134 MEETING STREET, STE. 200
CHARLESTON SC 29401


ASHLEY I, LLC
111 E. HARGETT STREET, STE. 300
RALEIGH NC 27601


ASHLEY RIVER INVESTORS, LLC
180 WESTVACO ROAD
SUMMERVILLE SC 29483


B. L. HARBERT INTERNATIONAL, LLC
1797 KING STREET EXTENSION
NORTH CHARLESTON SC 29405


CHARLESTON COUNTY TREASURER
PO BOX 100242
COLUMBIA SC 29202


CHARLESTON RECYCLING & DISPOSAL
4045 BRIDGEVIEW DRIVE
NORTH CHARLESTON SC 29405


CHEROKEE ASHLEY, LLC
111 E. HARGETT STREET, STE. 300
RALEIGH NC 27601


CHERYL A. LUKE
ENVIRONMENTAL ENFORCEMENT SECTION
ENVIRONMENT & NATURAL RESOURCES DIVISION
PO BOX 7611
WASHINGTON DC 20044-7611


CITY OF CHARLESTON
116 MEETING STREET
CHARLESTON SC 29401


COMMISSIONER OF PUBLIC WORKS
103 ST. PHILIP STREET
CHARLESTON SC 29403

ENVIRONMENTAL PROTECTION AGENCY
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET, SW
ATLANTA GA 30303-3104


ENVIROSMART
PO BOX 20666
CHARLESTON SC 29413


G. TRENHOLM WALKER, ESQ.
PRATT-THOMAS WALKER, PA
PO DRAWER 22247
CHARLESTON SC 29413


HOLCOMBE & FAIR
C/O CAPERS G. BARR, III, ESQ.
11 BROAD STREET
CHARLESTON SC 29401


INDEMNITY ALLIED TERMINALS, INC.
1000 LANSING STREET
NORFOLK VA 23523


INDEMNITY BAKER PROPERTIES
C/O JOSEPH J. KEENAN
321 EAST BAY STREET
CHARLESTON SC 29401


INDEMNITY CHARLESTON CONTAINER
C/O CT CORPORATION SYSTEM
75 BEATTIE PLACE TWO
GREENVILLE SC


INDEMNITY CORE SOUND REALTY, INC.
PO BOX 2730
SUMMERVILLE SC


INDEMNITY ETHAL MAE HART
2212 SUFFOLK STREET
NORTH CHARLESTON SC 29405


INDEMNITY FOXENE EVERIDGE
10 VENICE AVENUE
HANAHAN SC 29410

```
INDEMNITY FRANK FISHBURNE
C/O PEOLA S. FISHBURNE
30 RADCLIFFE STREET
CHARLESTON SC 29401


INDEMNITY HOLCOMBE & FAIR
C/O CAPERS G. BARR, III, ESQ.
11 BROAD STREET
CHARLESTON SC 29401


INDEMNITY JOHN H. SQUIRE
12606 KING ARTHUR COURT
GLENN DALE MD 20769


INDEMNITY KENAN TRANSPORT, LLC
C/O CT CORPORATION SYSTEM
2 OFFICE PARK COURT, STE. 103
COLUMBIA SC 29223


INDEMNITY LARRY D. LEWIS
PO BOX 40834
CHARLESTON SC 29423-0834


INDEMNITY PAPER STOCK DEALERS, INC
3226 MID PINE ROAD
FAYETTEVILLE NC 28306


INDEMNITY R. DOUGLAS OSWALD
1340 RONALD LANE
CHARLESTON SC 29412


INDEMNITY RESCO TOWER CO.
C/O MILES F. MCSWEENEY
10 OFFICE PARK ROAD
HILTON HEAD ISLAND SC 29938


INDEMNITY ROBIN MOORE ROBINSON
POLO CHAMP, LLC
2347 SOL LEGARE ROAD
CHARLESTON SC 29412


INDEMNITY ROPER HOSPITAL NORTH, INC.
C/O GREGORY T. EDWARDS
125 DOUGHTY STREET
CHARLESTON SC 29402
```

INDEMNITY UNITED AIRCRAFT SERVICES, INC.
1591 LILAC AVENUE
BLOOMINGTON CA 92316


INDEMNITY VAN NESS SIGN AND LEASING CO.
339 FLEMING ROAD
CHARLESTON SC 29412


INDENMITY ALLWASTE TANK CLEANING, INC.
AKA PSC CONTAINER SERVICES, INC.
C/O RICHARD FARRIER, JR.
134 MEETING STREET, STE. 200
CHARLESTON SC 29401


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 2644
PHILADELPHIA PA 19101-7346


JOHN B. WILLIAMS
WILLIAMS LOPATTO, LLC
1776 K. STREET, NW, SUITE 800
WASHINGTON DC 20008


JOSEPH C. TECKLENBURG
2212 HERIOT STREET
CHARLESTON SC


KIM A. JONES, ASST. REGIONAL COUNSEL
U.S. EPA REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH ST., S.W.
WASHINGTON DC 20202-8960


MAGNOLIA/ARC LENDER, LLC
C/O BRANCH CAPITAL PARTNERS, LP
3340 PEACHTREE ROAD, STE. 840
ATLANTA GA 30326


O'NEAL COMPTON
2214 HERIOT STREET
CHARLESTON SC 29405

PCS NITROGEN, INC.
C/O WM. HOWELL MORRISON
134 MEETING STREET, 3RD FLOOR
CHARLESTON SC 29401


PRODEL, LLC
9804 KOUPELA DRIVE
RALEIGH NC 27614


ROBIN HOOD CONTAINER
2176 MILFORD STREET
NORTH CHARLESTON SC 29405


ROSS DEVELOPMENT CORPORATION
18 BROAD STREET
608 PEOPLES BLDG
CHARLESTON SC


SANDRA KACZMARCZYK
ALTON ASSOCIATES PLLC
4443 ALTON PLACE, NW
WASHINGTON DC 20016


SC DEPARTMENT OF REVENUE AND TAXATION
PO BOX 12265
COLUMBIA SC 29211-9979


SC DEPT OF EMPLOYMENT AND WORKFORCE
PO BOX 995
COLUMBIA, SC 29202


SC DHEC
2600 BULL STREET
COLUMBIA SC 29201


SEIBELS LAW FIRM, PA
127 KING STREET, ST. 100
CHARLESTON SC 29401


SHIPYARD CREEK ASSOCIATES, LLC
400 COLONY SQUARE, STE. 1630
ATLANTA GA 30361

U.S. ENVIRONMENTAL PROTECTION AGENCY
FRANKLIN HILL, DIRECTOR, SUPERFUND DIV.
U.S. EPA, REGION 4
61 FORSYTH STREET, SW
ATLANTA GA 30303


U.S. SECURITIES AND EXCHANGE COMM
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD
SUITE 900
ATLANTA GA 30326-1382

# United States Bankruptcy Court
## District of South Carolina

In re    **Ashley II of Charleston, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Ashley II of Charleston, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cherokee Ashley, LLC**
**111 E. Hargett Street, Ste. 300**
**Raleigh, NC 27601**

☐ None [*Check if applicable*]

February  8, 2016

Date

**/s/ G. William McCarthy Jr.**

**G. William McCarthy Jr. 2762**

Signature of Attorney or Litigant

Counsel for    **Ashley II of Charleston, LLC**

**McCarthy Law Firm, LLC**
**P. O. Box 11332**
**Columbia, SC 29211-1332**
**803-771-8836 Fax:803-753-6960**
**bmccarthy@mccarthy-lawfirm.com**