**FILED**

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

2018 APR 10 AM 10: 00

U S BANKRUPTCY
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-00560-dd |
| Ashley II of Charleston, LLC ) | |
| ) | Chapter 11 |
| Debtor ) | |
| ) | |

## WITHDRAWAL OF PROOF OF CLAIM OF THE UNITED STATES OF AMERICA, ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

**WHEREAS**, on August 4, 2016, the United States of America filed a Proof of Claim at the request of the United States Environmental Protection Agency ("EPA"), against debtor Ashley II of Charleston, LLC, ("Ashley") for the recovery of response costs incurred and to be incurred by the Government under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601-9675, in connection with the Columbia Nitrogen Superfund Site ("Site").

**WHEREAS**, such Proof of Claim was filed as Claim number 23-1.

**WHEREAS**, the all of the Debtors' real property has been sold and EPA has recovered approximately $3.3 million towards its Proof of Claim.

**WHEREAS**, the Plan Administrator does not anticipate any further distributions to EPA on its Proof of Claim.

//

//

1

The United States therefore withdraws the Proof of Claim it filed for EPA, filed as Claim number 23-1.

Dated: April 3, 2018

> Respectfully submitted,
>
> ELLEN M. MAHAN
> Deputy Section Chief
> Environmental Enforcement Section
> Environment and Natural Resources Division
> U.S. Department of Justice
>
> ALAN S. TENENBAUM
> National Bankruptcy Coordinator
> Environmental Enforcement Section
> Environment and Natural Resources Division
> U.S. Department of Justice
> P.O. Box 7611
> Washington, DC 20044-7611
>
> /s/ Karl J. Fingerhood
> KARL J. FINGERHOOD
> Senior Counsel
> Environmental Enforcement Section
> Environment and Natural Resources Division
> U.S. Department of Justice
> P.O. Box 7611
> Washington, DC 20044-7611
> Phone: (202) 514-7519
> karl.fingerhood@usdoj.gov