**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re:

Ashley II of Charleston, LLC,

Debtor.

Case No.  16-00560-dd
Chapter 11

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 10**

As attorney for PCS Nitrogen, Inc. ("PCS"), a creditor of the above-captioned debtor, I do

hereby withdraw PCS's Proof of Claim Number 10 filed on June 23, 2016, pursuant to the attached

Stipulation of Voluntary Dismissal of Claims against Ashley II of Charleston, LLC.

DATE: December 4, 2019

/s/ Stanley H. McGuffin
Stanley H. McGuffin
District Court ID # 2833
Haynsworth Sinkler Boyd, P.A.
Post Office Box 11889
Columbia, SC  29211-1889
803.779.3080

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

|  |  |  |
|---|---|---|
| PCS NITROGEN, INC. | ) | |
| | ) | |
| | ) | Civ. No. 2:14-cv-4252-MBS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROSS DEVELOPMENT | ) | |
| CORPORATION, ASHLEY II OF | ) | |
| CHARLESTON, LLC, ALLWASTE TANK | ) | |
| CLEANING n/k/a QUALASERVICES, | ) | |
| LLC, AND ROBIN HOOD CONTAINER | ) | |
| EXPRESS n\k\a SOUTHEASTERN | ) | |
| CONTAINER EXPRESS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| J. HENRY FAIR, JR; | ) | Civ. No.:  2:15-cv-3688-MBS |
| J. HOLCOMBE ENTERPRISES, LP; | ) | |
| and CHARLES LANE and | ) | |
| EDWIN COOPER, III, as Personal | ) | |
| Representatives of the Estate of | ) | |
| JAMES H. HOLCOMBE, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROSS DEVELOPMENT CORPORATION | ) | |
| CORPORATION, ASHLEY II OF | ) | |
| CHARLESTON, LLC, ALLWASTE TANK | ) | |
| CLEANING n/k/a QUALASERVICES, | ) | |
| LLC, and ROBIN HOOD CONTAINER | ) | |
| EXPRESS n/k/a SOUTHEASTERN | ) | |
| CONTAINER EXPRESS, LLC, | ) | |
| Defendants. | ) | |
| _____ | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST**
**ASHLEY II OF CHARLESTON, LLC**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Fed. R.

Civ. P. 41(a)(1)(A)(ii), PCS Nitrogen, Inc. ("PCS") and J. Henry Fair Jr.; J. Holcombe

1

Enterprises, LP; and Charles Lane and Edwin Cooper, III, as Personal Representatives of the Estate of James H. Holcombe ("Holcombe and Fair") file this Stipulation of Voluntary Dismissal of Claims Against Ashley II of Charleston, LLC ("Ashley II"). The parties stipulate as follows:

1.    On or about December 12, 2013, the United States Environmental Protection Agency ("EPA") issued a unilateral administrative order to PCS, Holcombe and Fair, and Ashley II directing them to implement EPA's response action plan at the Site.

2.    PCS and Holcombe and Fair incurred response costs complying with EPA's order and filed suits against entities determined liable for a share of costs in the Ashley litigation, including Ashley II, to recover contributions to response costs under Section 113 of the Comprehensive Environmental Response Compensation and Liability Act.

3.    Ashley II was determined liable for a five percent (5%) share of response costs incurred at the Site in the decision issued in *Ashley II of Charleston, LLC v. PCS Nitrogen, Inc.*, 791 F. Supp. 2d 431, 480 (D.S.C. 2011), *aff'd* 714 F.3d 161 (4th Cir. 2013) (hereinafter "Ashley litigation") on May 27, 2011.

4.    Ashley II filed a Chapter 11 bankruptcy petition on February 8, 2016 in the United States Bankruptcy Court for the District of South Carolina, *In re Ashley II of Charleston, LLC*, Case No. 16-00560-dd (Bankr. D.S.C.) (the "Ashley Bankruptcy Proceeding").

5.    PCS filed the following proofs of claim against Ashley II in the Ashley Bankruptcy Proceeding:

| Claim # | Basis | Claim Amount | Priority |
|---|---|---|---|
| 5 | EPA Past Response Costs | $190,000.00 | Unsecured |
| 6 | PRP Past Remediation | $402,448.24 | Unsecured |
| 7 | EPA Future Response Costs | Unliquidated | Admin |
| 9 | Future Cap Repair | Unliquidated | Admin |
| 10 | 2016 Cap Repair | $32,772.32 | Admin |
| 11 | Donut Hole Money | $337,324.00 | Secured |
| 12 | Orphan Share | $508,768.21 | Unsecured |
| 13 | Future PRP Response Costs | Unliquidated | Admin |

6.    Holcombe & Fair filed the following proofs of claim against Ashley II in the Ashley Bankruptcy Proceeding:

2

| Claim # | Basis | Claim Amount | Priority |
|---------|-------|--------------|----------|
| 14 | EPA Past Response Costs | $190,000.00 | Unsecured |
| 15 | PRP Past Remediation | $191,761.92 | Unsecured |
| 16 | EPA Future Response Costs | Unliquidated | Admin |
| 17 | Future Cap Repair | Unliquidated | Admin |
| 18 | Donut Hole Money | $337,324.00 | Secured |
| 19 | Orphan Share | $331,504.94 | Unsecured |
| 20 | Future PRP Response Costs | Unliquidated | Admin |
| 21 | Contract Indemnity | Unliquidated | Admin |

7.      Ashley II's Plan of Reorganization was filed with the Bankruptcy Court on August 9, 2016, as amended by an Addendum filed on September 20, 2016, a Second Addendum filed on October 25, 2016, and a Third Addendum filed on December 13, 2016. The order confirming Ashley II's Plan was entered on December 13, 2016 (the "Confirmed Plan"). The Confirmed Plan became effective on December 29, 2016.

8.      Under the Confirmed Plan, PCS and Holcombe and Fair retained all defenses and claims as to distribution from the Ashley Bankruptcy Proceeding in the above-captioned litigation.  In accordance with the Order Confirming Plan issued in the Ashley Bankruptcy Proceeding on December 12, 2016 and the Order issued by this Court on January 18, 2017, the automatic stay in the above-captioned litigation was lifted.

9.      Pursuant to the Confirmed Plan, Ashley II distributed $233,000.00 to the United States Environmental Protection Agency ("EPA") at the direction of PCS.

10.      Additionally, pursuant to the Confirmed Plan, Ashley II distributed an additional $233,000.00 to the EPA at the direction of Holcombe and Fair.[1]

11.      In accordance with the Confirmed Plan, the equity interest in Ashley II was transferred to the Ashley Liquidating Trust and R. William Metzger, Jr. was appointed as both Trustee of the Ashley Liquidating Trust and Plan Administrator of the Confirmed Plan.

12.      In accordance with the Confirmed Plan, Ashley II has liquidated its assets[2] and the Bankruptcy Court issued a Final Decree closing the Ashley Bankruptcy Proceeding on July 23, 2018.

---

[1] Ashley II distributed $135,000.00 to the EPA at the direction of Allwaste Tank Cleaning.

[2] Provided, however, as part of the Confirmed Plan, the Liquidated Trust retains ownership of the property owned by Ashley I, LLC and/or Ashley II known as the Beazer/Koppers Tract and the CPW Tract

3

13.     In the Ashley Bankruptcy Proceeding, Ashley II has directly paid the EPA $2,701,692.18 in satisfaction of its claims in the Chapter 11 proceeding. This amount is in addition to the contributions at the direction of PCS and Holcombe and Fair. Based on these payments, the EPA withdrew its claims against Ashley II.

14.     PCS and Holcombe and Fair are now Ashley II's only remaining general unsecured creditors.

15.     On September 10, 2018, the EPA, Holcombe & Fair, and PCS entered into an Administrative Settlement Agreement and Order on Consent ("AOC").

16.     As a result of the foregoing, PCS, Holcombe and Fair, and Ashley II have reached an agreement regarding the claims against Ashley II in the above-captioned matters.

17.     PCS has agreed to withdraw Claim Numbers 5, 7, 9, 10, 11, 12, and 13 in the Ashley Bankruptcy Proceedings as either moot, paid or resolved by the foregoing within ten (10) days following this Stipulation of Dismissal.

18.     Holcombe and Fair has agreed to withdraw Claim Numbers 14, 16, 17, 18, 19, 20, and 21 in the Ashley Bankruptcy Proceedings as either moot, paid, or resolved by the foregoing within ten (10) days following this Stipulation of Dismissal.

19.     Ashley II has agreed to allow PCS Claim Number 6 in the full amount of $402,448.24 and Holcombe and Fair's Claim Number 15 in the full amount of $191,761.92.

20.     Upon completion of the remaining tasks of the Ashley Liquidating Trust and as part of its dissolution, Ashley II will make pro rata distributions to PCS and Holcombe and Fair on their remaining allowed claims as described in the Confirmed Plan and as set forth herein. After such payment, PCS and Holcombe and Fair's claims against Ashley II in the above-captioned cases shall be fully satisfied, released, and discharged.

WHEREFORE, Pursuant to the above-outlined agreement between the parties:

A.     PCS and Holcombe and Fair hereby stipulate to the dismissal, with prejudice, of all causes of action in the above-captioned litigation against Ashley II;

---

(collectively, the "Remaining Property"), with the executed deeds for the Remaining Property held in escrow to transfer to the Buyer upon the completion of certain conditions listed in an Amended Asset Purchase Agreement and approved by the Bankruptcy Court.

4

B.      Ashley II shall allow PCS Claim Number 6 and Holcombe and Fair Claim Number 15 in the Ashley Bankruptcy Proceeding, and the Ashley Liquidating Trust shall make pro rata distributions on such claims as described above; and

C.      PCS and Holcombe and Fair shall immediately withdraw all remaining claims against Ashley II in the Ashley Bankruptcy Proceeding.

D.      Provided further for the avoidance of doubt, nothing in this paragraph releases the Ashley Liquidating Trust from its obligations under the Confirmed Plan, including without limitation, its distribution obligations on the claims of PCS and Holcombe and Fair as provided above.  The parties shall bear their own respective attorneys' fees, costs, and expenses.

WE SO STIPULATE

/s/  Christy Ford Allen
Christy Ford Allen (No. 07549)
Wills Massalon & Allen LLC
PO Box 859
Charleston, SC 29402
(843) 793-6040
callen@wmalawfirm.net

And
Of Counsel

/s/  G. William McCarthy, Jr.
G. William McCarthy, Jr. (No. 2762)
W. Harrison Penn (No. 11164)
McCarthy, Reynolds, & Penn, LLC
1517 Laurel Street
Columbia, SC 29201
(803) 771-8836
hpenn@mccarthy-lawfirm.com

COUNSEL FOR DEFENDANT ASHLEY II OF CHARLESTON, LLC

/s/ Wm. Howell Morrison
Wm. Howell Morrison (No. 3586)
Haynsworth Sinkler Boyd PA
134 Meeting Street, 3rd Floor
Charleston, SC 29401
(843) 722-3366
hmorrison@hsblawfirm.com


/s/ Sandra Kaczmarczyk
Sandra Kaczmarczyk
Pillsbury Winthrop Shaw Pittman
1200 Seventeenth Street N.W.
Washington, DC 20036
sandra.kaczmarczyk@pillsburylaw.com

COUNSEL FOR PLAINTIFF PCS NITROGEN, INC.



/s/ Capers G. Barr, III.
Capers G. Barr, III, Esq.
Barr Unger & McIntosh, LLC
11 Broad Street
Charleston, SC 29401
cgb@barrungermcintosh.com

COUNSEL FOR HOLCOMBE & FAIR PARTIES

6